# EXHIBIT 4

# SEC EDGAR Filing Information

# Form SC 13D/A -- General statement of acquisition of beneficial ownership [amend]

Filing Date Changed: **2004-09-01**
Group Members: **EMANUEL R. PEARLMANLIBERATION INVESTMENT GROUP LLCLIBERATION INVESTMENTS LTD.LIBERATION INVESTMENTS, L.P.**
Documents: **3**

SEC Accession No.
**0000914121-04-001792**
Filing date: **2004-09-01**
Accepted: **2004-09-01 13:49:59**

## Table of submitted documents:

| Seq | Type | Document | Size | Description |
|-----|------|----------|------|-------------|
| 1 | SC 13D/A | li697950-13da3.txt | 21339 | AMENDMENT NO. 3 |
| 2 | EX-8 | li697950-ex8.txt | 1930 | LETTER TO BOARD OF DIRECTORS |
| 3 | EX-9 | li697950-ex9.txt | 2417 | PRESS RELEASE |
|  |  | 0000914121-04-001792.txt | 28079 | **Complete submission text file** |

## Filer Information

**BALLY TOTAL FITNESS HOLDING CORP** (Subject) (**0000770944**)
IRS No.: **363228107** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **SC 13D/A** | Act: **34** | File No : **005-47769** | Film No.: **041010552**
SIC: **7997** Services-Membership Sports & Recreation Clubs

| **Business Address** | **Mailing Address** |
|---|---|
| 8700 WEST BRYN MAWR AVENUE | 8700 WEST BRYN MAWR AVENUE |
| SECOND FLOOR | SECOND FLOOR |
| CHICAGO IL 60631 | CHICAGO IL 60631 |
| 773-380-3000 | |

**LIBERATION INVESTMENT GROUP LLC** (Filed by) (**0001259272**)

| **Business Address** | **Mailing Address** |
|---|---|
|  | 11766 WILSHIRE BLVD., |
|  | SUITE 870 |
|  | LOS ANGELES CA 90025 |

```
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<FILENAME>li697950-13da3.txt
<DESCRIPTION>AMENDMENT NO. 3
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549


SCHEDULE 13D
(Rule 13d-101)


INFORMATION TO BE INCLUDED IN STATEMENTS
FILED PURSUANT TO RULE 13d-1(a) AND AMENDMENTS
THERETO FILED PURSUANT TO RULE 13d-2(a)


Amendment No. 3


Bally Total Fitness Holding Corporation

--------------------------------------------------------------------------------
(Name of Issuer)

Common Stock, par value $.01 per share

--------------------------------------------------------------------------------
(Title of Class of Securities)

058 73K 10 8

--------------------------------------------------------------
(CUSIP Number)

Dennis J. Block, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
(212) 504-5555

--------------------------------------------------------------------------------
(Name, Address and Telephone Number of Person Authorized to Receive Notices and
Communications)

August 31, 2004

--------------------------------------------------------------
(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition that is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(e), Rule 13d-1(f) or Rule 13d-1(g), check the
following box [_].

Note: Schedules filed in paper format shall include a signed original and five
copies of the schedule, including all exhibits. See Rule 13d-7(b) for other
parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's
initial filing on this form with respect to the subject class of securities, and
for any subsequent amendment containing information which would alter
disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed
to be "filed" for the purpose of Section 18 of the Securities Exchange Act of
1934 ("Act") or otherwise subject to the liabilities of that section of the Act
but shall be subject to all other provisions of the Act (however, see the
Notes).


<PAGE>


```
---------------------------                        --------------------
CUSIP No. 058 73K 10 8              SCHEDULE 13D          Page 2 of 9
---------------------------                        --------------------

--------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments, L.P.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON

--------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                                        (a) [ ]   (b) [X]

--------------------------------------------------------------------------------
3    SEC USE ONLY


--------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     WC

--------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]

--------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Delaware

--------------------------------------------------------------------------------
                   7    SOLE VOTING POWER
                        0

 NUMBER OF         -------------------------------------------------------------
   SHARES          8    SHARED VOTING POWER
BENEFICIALLY            1,540,803
  OWNED BY
    EACH           -------------------------------------------------------------
 REPORTING         9    SOLE DISPOSITIVE POWER
   PERSON               0
    WITH
                   -------------------------------------------------------------
                   10   SHARED DISPOSITIVE POWER
                        1,540,803

--------------------------------------------------------------------------------
11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
     1,540,803

--------------------------------------------------------------------------------
```

```
12     CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
       Instructions) [ ]

--------------------------------------------------------------------------------
13     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
       4.52%

--------------------------------------------------------------------------------
14     TYPE OF REPORTING PERSON (See Instructions)
       PN

--------------------------------------------------------------------------------


<PAGE>


----------------------------                        --------------------
CUSIP No. 058 73K 10 8             SCHEDULE 13D           Page 3 of 9
----------------------------                        --------------------


--------------------------------------------------------------------------------
1     NAME OF REPORTING PERSON
      Liberation Investments Ltd.
      I.R.S. IDENTIFICATION NO. OF ABOVE PERSON

--------------------------------------------------------------------------------
2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                                       (a) [ ]  (b) [X]

--------------------------------------------------------------------------------
3     SEC USE ONLY


--------------------------------------------------------------------------------
4     SOURCE OF FUNDS (See Instructions)
      WC

--------------------------------------------------------------------------------
5     CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
      or 2(e) [ ]

--------------------------------------------------------------------------------
6     CITIZENSHIP OR PLACE OF ORGANIZATION
      Cayman Islands

--------------------------------------------------------------------------------
                    7     SOLE VOTING POWER
                          0

                    ----------------------------------------------------------
 NUMBER OF          8     SHARED VOTING POWER
  SHARES                  839,897
BENEFICIALLY
 OWNED BY           ----------------------------------------------------------
   EACH             9     SOLE DISPOSITIVE POWER
 REPORTING                0
  PERSON
   WITH             ----------------------------------------------------------
                    10    SHARED DISPOSITIVE POWER
```

```
                    839,897
--------------------------------------------------------------------------------
11      AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
        839,897

--------------------------------------------------------------------------------
12      CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
        Instructions) [ ]

--------------------------------------------------------------------------------
13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
        2.47%

--------------------------------------------------------------------------------
14      TYPE OF REPORTING PERSON (See Instructions)
        CO

--------------------------------------------------------------------------------


<PAGE>


---------------------------                          --------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D            Page 4 of 9
---------------------------                          --------------------

--------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investment Group LLC
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON

--------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                                    (a) [ ]  (b) [X]

--------------------------------------------------------------------------------
3    SEC USE ONLY


--------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     N/A

--------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]

--------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Delaware

--------------------------------------------------------------------------------
                    7    SOLE VOTING POWER
                         0

   NUMBER OF      --------------------------------------------------------------
    SHARES         8    SHARED VOTING POWER
  BENEFICIALLY          2,380,700
```

```
OWNED BY
   EACH       ------------------------------------------------------------------
 REPORTING   9    SOLE DISPOSITIVE POWER
   PERSON          0
    WITH
             ------------------------------------------------------------------
             10   SHARED DISPOSITIVE POWER
                  2,380,700
```

--------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      2,380,700

--------------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions)

--------------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      6.99%

--------------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)
      OO, IA

--------------------------------------------------------------------------------


<PAGE>


----------------------------                      --------------------
CUSIP No. 058 73K 10 8           SCHEDULE 13D           Page 5 of 9
----------------------------                      --------------------

--------------------------------------------------------------------------------
1     NAME OF REPORTING PERSON

      Emanuel R. Pearlman

--------------------------------------------------------------------------------
2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                                       (a) [ ]  (b) [X]

--------------------------------------------------------------------------------
3     SEC USE ONLY


--------------------------------------------------------------------------------
4     SOURCE OF FUNDS (See Instructions)
      N/A

--------------------------------------------------------------------------------
5     CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
      or 2(e) [ ]

--------------------------------------------------------------------------------
6     CITIZENSHIP OR PLACE OF ORGANIZATION
      United States

```
--------------------------------------------------------------------------------
                    7    SOLE VOTING POWER
                         35,000
     NUMBER OF
      SHARES        --------------------------------------------------------
  BENEFICIALLY      8    SHARED VOTING POWER
    OWNED BY             2,380,700
      EACH
   REPORTING        --------------------------------------------------------
    PERSON          9    SOLE DISPOSITIVE POWER
      WITH               35,000


                    --------------------------------------------------------
                    10   SHARED DISPOSITIVE POWER
                         2,380,700

--------------------------------------------------------------------------------
11     AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
       2,380,700

--------------------------------------------------------------------------------
12     CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
       Instructions) [ ]

--------------------------------------------------------------------------------
13     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
       7.09%

--------------------------------------------------------------------------------
14     TYPE OF REPORTING PERSON (See Instructions)
       IN, HC

--------------------------------------------------------------------------------
```

<PAGE>


INTRODUCTION

        This Amendment No. 3 (this "Amendment") relates to the Schedule 13D filed
on behalf of (i) Liberation Investments, L.P., a Delaware limited partnership
("LILP"); (ii) Liberation Investments Ltd. ("LILtd"), a private offshore
investment corporation; (iii) Liberation Investment Group, LLC ("LIGLLC"), a
Delaware limited liability company and general partner of LILP and discretionary
investment adviser to LILtd; and (iv) Emanuel R. Pearlman, as General Manager,
Chief Investment Officer and majority member of LIGLLC (collectively, the
"Reporting Persons"), with the Securities and Exchange Commission on June 8,
2004, as amended by Amendment No. 1 filed on July 13, 2004 and Amendment No. 2
filed on August 27, 2004 (the "Schedule 13D"), relating to shares of common
stock, $.01 par value per share ("Common Stock"), of Bally Total Fitness Holding
Corporation (the "Company").

        Items 3, 4, 5 and 7 of the Schedule 13D are amended and supplemented as
follows:

Item 3.    Source and Amount of Funds or Other Consideration.

        The net investment cost (excluding commissions, if any) of the shares of
Common Stock beneficially owned by the Reporting Persons is $9,620,922.50. The

source of funds for this consideration was working capital of LILP and LILtd.

Item 4.    Purpose of Transaction.

        On August 31, 2004, LIGLLC, on behalf of the Reporting Persons, delivered
a letter to the Board of Directors of the Company. The letter, among other
things, expressed concern over the Company's entering into a new employment
contract with Paul Toback, President and Chief Executive Officer of the Company,
at a time when the Company still has failed to file its Quarterly Report on Form
10-Q for the fiscal quarter ended June 30, 2004, and requested that the Board of
Directors ask Mr. Toback to delay the implementation of his new employment
contract until the Form 10-Q has been filed. A copy of the letter is attached to
this Amendment as Exhibit 8.

        LIGLLC also issued a press release, dated September 1, 2004, announcing
that it had delivered the letter described above. A copy of the press release is
attached to this Amendment as Exhibit 9.

Item 5.    Interest in Securities of the Issuer.

        (a) As of the date hereof, the Reporting Persons have the following
interests in the Common Stock of the Company:

                (i)    LILP beneficially owns 1,540,803 shares of Common Stock and is
                       the beneficial owner of 4.52% of the Common Stock.

                (ii)   LILtd beneficially owns 839,897 shares of Common Stock and is
                       the beneficial owner of 2.47% of the Common Stock.


<PAGE>

```
----------------------------                          --------------------
CUSIP No. 058 73K 10 8               SCHEDULE 13D           Page 7 of 9
----------------------------                          --------------------
```

                (iii)  LIGLLC, as the sole general partner of LILP and the sole
                       investment advisor to LILtd, beneficially owns 2,380,700
                       shares of Common Stock and is the beneficial owner of 6.99% of
                       the Common Stock.

                (iv)   Mr. Pearlman beneficially owns 35,000 shares of Common Stock
                       and, as the majority member and General Manager of LIGLLC,
                       beneficially owns 2,380,700 shares of Common Stock, and is the
                       beneficial owner of 7.09% of the Common Stock.

        The Reporting Persons in the aggregate may be deemed to own 7.09% of the
Common Stock of the Company.

        (b) The table below sets forth for each Reporting Person the numbers of
shares of Common Stock for which there is sole or shared power to vote or to
direct the vote, or sole or shared power to dispose or to direct the
disposition, of the Common Stock:

```
                                                          Mr.
                          LILP      LILtd      LIGLLC   Pearlman
                          ----      -----      ------   --------
```

| | | | | |
|---|---|---|---|---|
| Sole Power to Vote/ Direct Vote | 0 | 0 | 0 | 35,000 |
| Shared Power to Vote/ Direct Vote | 1,540,803 | 839,897 | 2,380,700 | 2,380,700 |
| Sole Power to Dispose/ Direct Disposition | 0 | 0 | 0 | 35,000 |
| Shared Power to Dispose/ Direct Disposition | 1,540,803 | 839,897 | 2,380,700 | 2,380,700 |

(c) In addition to the purchases or sales of the Company's Common Stock listed in Item 5(c) of Amendment No. 2 to the Schedule 13D, the following is a list of all purchases or sales of the Company's Common Stock by the Reporting Persons within the past 60 days:

    (i)    On August 27, 2004, (i) LILP purchased 6,600 shares of Common Stock on the open market, at a price of $3.9500 per share, and (ii) LILtd purchased 3,400 shares of Common Stock on the open market, at a price of $3.9500 per share.

    (ii)    On August 27, 2004, (i) LILP purchased 23,760 shares of Common Stock on the open market, at a price of $3.9494 per share, and (ii) LILtd purchased 12,240 shares of Common Stock on the open market, at a price of $3.9494 per share.

<PAGE>

----------------------------                    --------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D          Page 8 of 9
----------------------------                    --------------------

    (iii)  On August 30, 2004, (i) LILP purchased 10,428 shares of Common Stock on the open market, at a price of $3.9200 per share, and (ii) LILtd purchased 5,372 shares of Common Stock on the open market, at a price of $3.9200 per share.

    (iv)   On August 31, 2004, (i) LILP purchased 19,272 shares of Common Stock on the open market, at a price of $3.9249 per share, and (ii) LILtd purchased 9,928 shares of Common Stock on the open market, at a price of $3.9249 per share.

    (v)    On August 31, 2004, (i) LILP purchased 33,000 shares of Common Stock on the open market, at a price of $3.9270 per share, and (ii) LILtd purchased 17,000 shares of Common Stock on the open market, at a price of $3.9270 per share.

(d) No person other than each respective owner of Common Stock referred to in this Amendment is known to have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such Common Stock.

(e) Not applicable.

Item 7.   Materials to be Filed as Exhibits.

The following exhibits are filed with this Amendment:

EXHIBIT 8    Letter sent by Liberation Investment Group, LLC to the Board of
             Directors of Bally Total Fitness Holding Corporation on August 31,
             2004.

EXHIBIT 9    Press Release, dated September 1, 2004.


<PAGE>


--------------------------                            --------------------
CUSIP No. 058 73K 10 8           SCHEDULE 13D               Page 9 of 9
--------------------------                            --------------------

                                  SIGNATURE

        After reasonable inquiry and to the best of my knowledge and belief, I
certify that the information set forth in this statement is true, complete and
correct.

Dated:    September 1, 2004



LIBERATION INVESTMENTS, L.P.
By:  Liberation Investment Group, LLC, general partner


By: /s/ Emanuel R. Pearlman
    ------------------------
       Emanuel R. Pearlman
       General Manager


LIBERATION INVESTMENTS LTD.


By:  /s/ Emanuel R. Pearlman
     -------------------------
        Emanuel R. Pearlman
        Director


LIBERATION INVESTMENT GROUP, LLC


By:  /s/ Emanuel R. Pearlman
     -------------------------
        Emanuel R. Pearlman
        General Manager

```
Emanuel R. Pearlman


 /s/ Emanuel R. Pearlman
 ------------------------

</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>EX-8
<SEQUENCE>2
<FILENAME>li697950-ex8.txt
<DESCRIPTION>LETTER TO BOARD OF DIRECTORS
<TEXT>
```

                                                          EXHIBIT 8


                        Liberation Investment Group, LLC
                       11766 Wilshire Boulevard, Suite 870
                              Los Angeles, CA 90025
                               Tel: 310.479.3434
                               Fax: 310.479.3363


August 30, 2004


Board of Directors
Bally Total Fitness Holding Corp.
8700 West Bryn Mawr - 2nd Floor
Chicago, IL  60631

Dear Board Members:

I have had the opportunity to read the 8K filed late last Friday which details
the terms of the CEO's new contract. I found it quite disturbing that the Board
and the CEO had the time to address this matter. I would have thought that 100%
of your time and energy would be expended addressing the seriousness of the
Company's missed 10Q filing deadline and correcting that situation. I would
suggest that the financial implications of such a delay in filing a 10Q are far
more pressing.

This is an extremely sensitive time for the Company, and it is essential that
the market have confidence that the current leadership is able to prioritize and
intensely focus on enhancing shareholder value. In order to avoid the appearance
that the interests of the CEO and the shareholders are not in alignment, I
request the Board ask Paul Toback to delay the implementation of his new
contract until the Company files its 10Q for the period ended June 30, 2004. I
think this request is more than reasonable, especially as many of the
shareholders have seen a significant decrease in the value of their investment
in the Company over the past year.

I would be more than happy to discuss this with you, and I reiterate that it is
my goal to work with the Company to create value for all shareholders. Please
feel free to call me at the above-listed contact information.

Very truly yours,

/s/ Emanuel R. Pearlman

Emanuel R. Pearlman
Manager


```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>EX-9
<SEQUENCE>3
<FILENAME>li697950-ex9.txt
<DESCRIPTION>PRESS RELEASE
<TEXT>
```

                                                              EXHIBIT 9


Contact:

Emanuel R. Pearlman
Liberation Investment Group, LLC
11766 Wilshire Boulevard, Suite 870
Los Angeles, CA  90025
310.479.3434


                LIBERATION INVESTMENT GROUP DELIVERS LETTER TO
                         BALLY TOTAL FITNESS BOARD

     Los Angeles, CA - September 1, 2004 - Liberation Investment Group, LLC
announced today that the following letter was sent to the Board of Directors of
Bally Total Fitness Holding Corporation (NYSE: BFT) on August 31, 2004:


                        Liberation Investment Group, LLC
                       11766 Wilshire Boulevard, Suite 870
                            Los Angeles, CA 90025
                              Tel: 310.479.3434
                              Fax: 310.479.3363


August 30, 2004


Board of Directors
Bally Total Fitness Holding Corp.
8700 West Bryn Mawr - 2nd Floor
Chicago, IL  60631

Dear Board Members:

I have had the opportunity to read the 8K filed late last Friday which details
the terms of the CEO's new contract. I found it quite disturbing that the Board
and the CEO had the time to address this matter. I would have thought that 100%
of your time and energy would be expended addressing the seriousness of the
Company's missed 10Q filing deadline and correcting that situation. I would
suggest that the financial implications of such a delay in filing a 10Q are far
more pressing.

This is an extremely sensitive time for the Company, and it is essential that
the market have confidence that the current leadership is able to prioritize and
intensely focus on enhancing shareholder value. In order to avoid the appearance
that the interests of the CEO and the shareholders are not in alignment, I
request the Board ask Paul Toback to delay the implementation of his new
contract until the Company files its 10Q for the period ended June 30, 2004. I
think this request is more than reasonable, especially as many of the
shareholders have seen a significant decrease in the value of their investment
in the Company over the past year.

I would be more than happy to discuss this with you, and I reiterate that it is
my goal to work with the Company to create value for all shareholders. Please
feel free to call me at the above-listed contact information.

Very truly yours,

/s/ Emanuel R. Pearlman

Emanuel R. Pearlman
Manager


</TEXT>
</DOCUMENT>

# EXHIBIT 5

# SEC EDGAR Filing Information

# Form SC 13D/A -- General statement of acquisition of beneficial ownership [amend]

Filing Date Changed: **2004-09-13**
Group Members: **EMANUEL R. PEARLMANLIBERATION INVESTMENT GROUP LLCLIBERATION INVESTMENTS LTD.LIBERATION INVESTMENTS, L.P.**
Documents: **2**

SEC Accession No.
**0000914121-04-001886**
Filing date: **2004-09-13**
Accepted: **2004-09-13 08:46:01**

## Table of submitted documents:

| Seq | Type | Document | Size | Description |
|---|---|---|---|---|
| 1 | SC 13D/A | li698474-13da4.txt | 21156 | AMENDMENT NO. 4 |
| 2 | EX-10 | li698474-ex_10.txt | 5540 | LETTER TO BOARD OF DIRECTORS |
| | | 0000914121-04-001886.txt | 28977 | **Complete submission text file** |

## Filer Information

**BALLY TOTAL FITNESS HOLDING CORP** (Subject) (**0000770944**)
IRS No.: **363228107** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **SC 13D/A** | Act: **34** | File No.: **005-47769** | Film No.: **041026676**
SIC: **7997** Services-Membership Sports & Recreation Clubs

**Business Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631
773-380-3000

**Mailing Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631

**LIBERATION INVESTMENT GROUP LLC** (Filed by) (**0001259272**)

**Business Address**

**Mailing Address**
11766 WILSHIRE BLVD ,
SUITE 870
LOS ANGELES CA 90025

```
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<FILENAME>li698474-13da4.txt
<DESCRIPTION>AMENDMENT NO. 4
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549


SCHEDULE 13D
(Rule 13d-101)


INFORMATION TO BE INCLUDED IN STATEMENTS
FILED PURSUANT TO RULE 13d-1(a) AND AMENDMENTS
THERETO FILED PURSUANT TO RULE 13d-2(a)


Amendment No. 4


Bally Total Fitness Holding Corporation
--------------------------------------------------------------------------------
(Name of Issuer)

Common Stock, par value $.01 per share
--------------------------------------------------------------------------------
(Title of Class of Securities)

058 73K 10 8
-------------------------------------------------------------
(CUSIP Number)

Dennis J. Block, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
(212) 504-5555
--------------------------------------------------------------------------------
(Name, Address and Telephone Number of Person Authorized to Receive Notices and
Communications)

September 10, 2004
-------------------------------------------------------------
(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition that is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(e), Rule 13d-1(f) or Rule 13d-1(g), check the
following box [_].

Note: Schedules filed in paper format shall include a signed original and five
copies of the schedule, including all exhibits. See Rule 13d-7(b) for other
parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's
initial filing on this form with respect to the subject class of securities, and
for any subsequent amendment containing information which would alter
disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).


<PAGE>


```
---------------------------                        --------------------
CUSIP No. 058 73K 10 8             SCHEDULE 13D        Page 2 of 9
---------------------------                        --------------------
```

```
--------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments, L.P.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
--------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                               (a) [ ]  (b) [X]
--------------------------------------------------------------------------------
3    SEC USE ONLY

--------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     WC
--------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]
--------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Delaware
--------------------------------------------------------------------------------
                    7    SOLE VOTING POWER
                         0
  NUMBER OF          --------------------------------------------------------
   SHARES            8    SHARED VOTING POWER
BENEFICIALLY             1,646,403
  OWNED BY
    EACH            --------------------------------------------------------
 REPORTING          9    SOLE DISPOSITIVE POWER
   PERSON                0
    WITH
                    --------------------------------------------------------
                    10   SHARED DISPOSITIVE POWER
                         1,646,403
--------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      1,646,403
--------------------------------------------------------------------------------
```

```
12      CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
        Instructions) [ ]

--------------------------------------------------------------------------------
13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
        4.83%

--------------------------------------------------------------------------------
14      TYPE OF REPORTING PERSON (See Instructions)
        PN

--------------------------------------------------------------------------------


<PAGE>


----------------------------                      --------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D          Page 3 of 9
----------------------------                      --------------------

--------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments Ltd.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON

--------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                                      (a) [ ]  (b) [X]

--------------------------------------------------------------------------------
3    SEC USE ONLY


--------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     WC

--------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]

--------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Cayman Islands

--------------------------------------------------------------------------------
                    7    SOLE VOTING POWER
                         0

                    --------------------------------------------------------
   NUMBER OF       8    SHARED VOTING POWER
    SHARES              894,297
 BENEFICIALLY
   OWNED BY        --------------------------------------------------------
     EACH         9    SOLE DISPOSITIVE POWER
  REPORTING            0
    PERSON
     WITH         --------------------------------------------------------
                   10    SHARED DISPOSITIVE POWER
```

894,297

--------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      894,297

--------------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions) [ ]

--------------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      2.62%

--------------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)
      CO

--------------------------------------------------------------------------------


<PAGE>


---------------------------                      --------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D          Page 4 of 9
---------------------------                      --------------------

--------------------------------------------------------------------------------
1     NAME OF REPORTING PERSON
      Liberation Investment Group LLC
      I.R.S. IDENTIFICATION NO. OF ABOVE PERSON

--------------------------------------------------------------------------------
2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                                      (a) [ ]  (b) [X]

--------------------------------------------------------------------------------
3     SEC USE ONLY


--------------------------------------------------------------------------------
4     SOURCE OF FUNDS (See Instructions)
      N/A

--------------------------------------------------------------------------------
5     CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
      or 2(e) [ ]

--------------------------------------------------------------------------------
6     CITIZENSHIP OR PLACE OF ORGANIZATION
      Delaware

--------------------------------------------------------------------------------
                   7     SOLE VOTING POWER
                         0

    NUMBER OF     --------------------------------------------------------------
     SHARES        8     SHARED VOTING POWER
  BENEFICIALLY           2,540,700

```
  OWNED BY
    EACH       ------------------------------------------------------------------
  REPORTING    9     SOLE DISPOSITIVE POWER
   PERSON            0
    WITH
               ------------------------------------------------------------------
               10    SHARED DISPOSITIVE POWER
                     2,540,700

------------------------------------------------------------------------------------
11     AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
       2,540,700

------------------------------------------------------------------------------------
12     CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
       Instructions)

------------------------------------------------------------------------------------
13     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
       7.46%

------------------------------------------------------------------------------------
14     TYPE OF REPORTING PERSON (See Instructions)
       OO, IA

------------------------------------------------------------------------------------


<PAGE>


----------------------------                   --------------------
CUSIP No. 058 73K 10 8           SCHEDULE 13D        Page 5 of 9
----------------------------                   --------------------

------------------------------------------------------------------------------------
1     NAME OF REPORTING PERSON

      Emanuel R. Pearlman

------------------------------------------------------------------------------------
2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)
                                                       (a)[ ] (b)[X]

------------------------------------------------------------------------------------
3     SEC USE ONLY


------------------------------------------------------------------------------------
4     SOURCE OF FUNDS (See Instructions)
      N/A

------------------------------------------------------------------------------------
5     CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
      or 2(e)[ ]

------------------------------------------------------------------------------------
6     CITIZENSHIP OR PLACE OF ORGANIZATION
      United States
```

```
------------------------------------------------------------------------
                    7    SOLE VOTING POWER
                         35,000
   NUMBER OF
     SHARES     ------------------------------------------------------------
 BENEFICIALLY   8    SHARED VOTING POWER
   OWNED BY          2,540,700
     EACH
   REPORTING    ------------------------------------------------------------
    PERSON      9    SOLE DISPOSITIVE POWER
     WITH            35,000


                ------------------------------------------------------------
                    10   SHARED DISPOSITIVE POWER
                         2,540,700
------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      2,575,700
------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions) [ ]
------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      7.56%
------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)
      IN, HC
------------------------------------------------------------------------
```

<PAGE>

```
---------------------------                          --------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D            Page 6 of 9
---------------------------                          --------------------
```

INTRODUCTION

        This Amendment No. 4 (this "Amendment") relates to the Schedule 13D filed
on behalf of (i) Liberation Investments, L.P., a Delaware limited partnership
("LILP"); (ii) Liberation Investments Ltd. ("LILtd"), a private offshore
investment corporation; (iii) Liberation Investment Group, LLC ("LIGLLC"), a
Delaware limited liability company and general partner of LILP and discretionary
investment adviser to LILtd; and (iv) Emanuel R. Pearlman, as General Manager,
Chief Investment Officer and majority member of LIGLLC (collectively, the
"Reporting Persons"), with the Securities and Exchange Commission on June 8,
2004, as amended by Amendment No. 1 filed on July 13, 2004 and Amendment No. 2
filed on August 27, 2004 (the "Schedule 13D"), relating to shares of common
stock, $.01 par value per share ("Common Stock"), of Bally Total Fitness Holding
Corporation (the "Company").

        Items 3, 4, 5 and 7 of the Schedule 13D are amended and supplemented as
follows:

Item 3.    Source and Amount of Funds or Other Consideration.

        The net investment cost (excluding commissions, if any) of the shares of Common Stock beneficially owned by the Reporting Persons is $10,202,988.50. The source of funds for this consideration was working capital of LILP and LILtd.

Item 4.    Purpose of Transaction.

        On September 10, 2004, LIGLLC, on behalf of the Reporting Persons, delivered a letter to the Board of Directors of the Company. The letter, among other things, responded to certain statements recently made by a Company spokesman to Reuters and set forth for the Board's consideration several specific agenda items that the Reporting Persons believe will help to enhance shareholder value. A copy of the letter is attached to this Amendment as Exhibit 10.

Item 5.    Interest in Securities of the Issuer.

        (a) As of the date hereof, the Reporting Persons have the following interests in the Common Stock of the Company:

                (i)    LILP beneficially owns 1,646,403 shares of Common Stock and is the beneficial owner of 4.83% of the Common Stock.

                (ii)   LILtd beneficially owns 894,297 shares of Common Stock and is the beneficial owner of 2.62% of the Common Stock.

                (iii)  LIGLLC, as the sole general partner of LILP and the sole investment advisor to LILtd, beneficially owns 2,540,700 shares of Common Stock and is the beneficial owner of 7.46% of the Common Stock.

<PAGE>

---------------------------                          --------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D              Page 7 of 9
---------------------------                          --------------------

                (iv)   Mr. Pearlman beneficially owns 35,000 shares of Common Stock and, as the majority member and General Manager of LIGLLC, beneficially owns 2,540,700 shares of Common Stock, and is the beneficial owner of 7.56% of the Common Stock.

        The Reporting Persons in the aggregate may be deemed to own 7.56% of the Common Stock of the Company.

        (b) The table below sets forth for each Reporting Person the numbers of shares of Common Stock for which there is sole or shared power to vote or to direct the vote, or sole or shared power to dispose or to direct the disposition, of the Common Stock:

|               | LILP | LILtd | LIGLLC | Mr. Pearlman |
|---------------|------|-------|--------|--------------|
|               | ---- | ----- | ------ | -------- |
| Sole Power to | 0    | 0     | 0      | 35,000       |

Vote/ Direct Vote

| | | | | |
|---|---|---|---|---|
| Shared Power to Vote/ Direct Vote | 1,646,403 | 894,297 | 2,540,700 | 2,540,700 |
| Sole Power to Dispose/ Direct Disposition | 0 | 0 | 0 | 35,000 |
| Shared Power to Dispose/ Direct Disposition | 1,646,403 | 894,297 | 2,540,700 | 2,540,700 |

(c) In addition to the purchases or sales of the Company's Common Stock listed in Item 5(c) of Amendments No. 2 and 3 to the Schedule 13D, the following is a list of all purchases or sales of the Company's Common Stock by the Reporting Persons within the past 60 days:

    (i) On September 1, 2004, (i) LILP purchased 33,000 shares of Common Stock on the open market, at a price of $3.9300 per share, and (ii) LILtd purchased 17,000 shares of Common Stock on the open market, at a price of $3.9300 per share.

    (ii) On September 7, 2004, (i) LILP purchased 13,200 shares of Common Stock on the open market, at a price of $3.6250 per share, and (ii) LILtd purchased 6,800 shares of Common Stock on the open market, at a price of $3.6250 per share.

    (iii) On September 9, 2004, (i) LILP purchased 13,200 shares of Common Stock on the open market, at a price of $3.4617 per share, and (ii) LILtd purchased 6,800 shares of Common Stock on the open market, at a price of $3.4617 per share.

<PAGE>

    (iv) On September 9, 2004, (i) LILP purchased 39,600 shares of Common Stock on the open market, at a price of $3.4947 per share, and (ii) LILtd purchased 20,400 shares of Common Stock on the open market, at a price of $3.4947 per share.

    (v) On September 10, 2004, (i) LILP purchased 6,600 shares of Common Stock on the open market, at a price of $3.4150 per share, and (ii) LILtd purchased 3,400 shares of Common Stock on the open market, at a price of $3.4150 per share.

(d) No person other than each respective owner of Common Stock referred to in this Amendment is known to have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such Common Stock.

(e) Not applicable.

Item 7. Materials to be Filed as Exhibits.

          The following exhibits are filed with this Amendment:

EXHIBIT 10   Letter, dated September 10, 2004, from Liberation Investment
             Group, LLC to the Board of Directors of Bally Total Fitness Holding
             Corporation.


<PAGE>


----------------------------                           --------------------
CUSIP No. 058 73K 10 8              SCHEDULE 13D             Page 9 of 9
----------------------------                           --------------------


                                  SIGNATURE

        After reasonable inquiry and to the best of my knowledge and belief, I
certify that the information set forth in this statement is true, complete and
correct.

Dated:   September 13, 2004




LIBERATION INVESTMENTS, L.P.
By:  Liberation Investment Group, LLC, general partner


By: /s/ Emanuel R. Pearlman
    ------------------------
      Emanuel R. Pearlman
      General Manager



LIBERATION INVESTMENTS LTD.


By:  /s/ Emanuel R. Pearlman
     --------------------------
      Emanuel R. Pearlman
      Director



LIBERATION INVESTMENT GROUP, LLC


By:  /s/ Emanuel R. Pearlman
     --------------------------
      Emanuel R. Pearlman
      General Manager



Emanuel R. Pearlman

```
 /s/ Emanuel R. Pearlman
------------------------

</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>EX-10
<SEQUENCE>2
<FILENAME>li698474-ex_10.txt
<DESCRIPTION>LETTER TO BOARD OF DIRECTORS
<TEXT>
```

EXHIBIT 10

Liberation Investment Group, LLC
11766 Wilshire Boulevard, Suite 870
Los Angeles, CA 90025
Tel: 310.479.3434
Fax: 310.479.3363

September 10, 2004

Board of Directors
Bally Total Fitness Holding Corp.
8700 West Bryn Mawr - 2nd Floor
Chicago, IL  60631

Dear Members of the Board:

I was shocked at the disparaging statements attributed by your spokesman, John
Harris, to the Reuters reporter last week.

I would like to clarify the issues for the record. First, I was not "fired by
Paul Toback shortly after he became CEO". In fact, Mr. Toback specifically asked
me to continue to serve as a consultant to the Company for 90 days after his
appointment and then in June of 2003 retained me to assist in the Company's
senior bond financing and any potential accompanying bank financing or
securitization. Secondly, to attribute sales declines to me is absurd. I was
never asked to and never gave operational advice to the Company. I was retained
as an independent consultant from time to time to provide financial consulting
only. Mr. Harris' statement is even more absurd given that the Chief Operating
Officer of the Company for 18 months of the period to which Mr. Harris referred
was the current CEO, Paul Toback, and the marketing chief was your current COO
John Wildman. Lastly, referring to me as the chief financial advisor is
incorrect as the Company retained major bulge bracket investment banks on all of
its financings and other major transactions.

The grossly inaccurate statements the Company has fed the media are even more
disappointing in light of the fact that all Liberation, as one of your largest
shareholders, wants is to enhance shareholder value. We have repeatedly stated
that we hope to accomplish this by working with the current management. We own
seven times as much stock as the entire board, and if you do not include Paul
Toback's restricted stock grant of 290,000 shares, we own 70 times as much stock
as the entire board. We have not asked for management or board changes to date.
We have only made what we believe to be suggestions that would enhance
shareholder value for all shareholders and would also be good for your other
constituencies, employees, senior lenders and bondholders. We cannot understand
why the Company would attack and disparage a large shareholder, which is making
constructive suggestions to enhance value for all shareholders.

We are large owners in the Company and are entitled to express our opinion.
Listed below are our top 5 agenda items for the Board's consideration, all of
which we believe will help to significantly enhance shareholder value:

1.  The Company needs to communicate with its owners in a more
    transparent manner. We believe management needs to provide a
    detailed report on the status of and issues arising from the late
    10-Q filing, as well as periodic updates thereafter.

2.  The Company needs to engage promptly in discussions with lenders who
    are prepared to refinance the current securitization and provide the
    Company with additional liquidity. We have, in fact, recommended one
    such lender who we understand believes that the Company is engaging
    in stonewalling tactics. We believe serious discussions should begin
    with this lender, or if you have alternatives better for the Company
    please let all the shareholders know.

3.  We are aware of several parties who are interested in some of your
    assets, and we believe these parties have contacted the Company to
    discuss possible transactions. Liberation believes some of the
    assets these parties are interested in may be non-core and would be
    able to achieve very attractive prices. We encourage you to enter
    into serious discussions with these parties.

4.  We also believe there are several investment groups who are
    interested in making substantial investments in the Company on terms
    beneficial to all your shareholders, bondholders, lenders and
    employees. Again, Liberation believes the Company should enter into
    serious discussions with such investment groups and, in fact, form a
    special committee of independent directors to review all proposals
    when received.

5.  Lastly, Liberation believes the Board of Directors must be proactive
    at this time and insure that management's interests and the
    shareholders' interests are aligned, as well as explore different
    combinations of the above in order to enhance shareholder value for
    all.

As we have previously stated, Liberation believes in Bally's business and
franchise and further believes that the market currently undervalues the
Company. We are committed to helping to enhance shareholder value and prefer to
work with the Company to accomplish this goal. We hereby respectfully request
that the Company appoint a lead independent director with whom we could
communicate directly to further insure that our voice and the voices of many of
your other dissatisfied shareholders are heard.

Very truly yours,

/s/ Emanuel R. Pearlman
-----------------------
Emanuel R. Pearlman
Manager


</TEXT>
</DOCUMENT>