AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___0 5    8 4 1___

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

*NOTICE OF AVAILABILITY OF A*
*UNITED STATES MAGISTRATE JUDGE*
*TO EXERCISE JURISDICTION*

FILED

DEC 1 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

___December 8, 2005___
(Date forms issued)

___[signature]___
(Signature of Party or their Representative)

___Raymond J. DiCamillo___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action