IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF BALLY TOTAL FITNESS HOLDING CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Bally Total Fitness Holding Corporation ("Bally") advises the Court that it does not have any parent corporation nor is there any publicly held corporation that owns 10% or more of its stock. Bally reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

Date: December 5, 2005

Respectfully submitted,

_/s/ signature_
*Attorneys' for Plaintiff Bally Total Fitness Holding Corporation*

Gregory P. Williams (#2168)
Williams@rlf.com
Raymond J. DiCamillo (#3188)
DiCamillo@rlf.com
Elizabeth C. Tucker (#4468)
Tucker@rlf.Com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

RLF1-2951241-1

-and-

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive, Suite 500
Reston, Virginia  20190
Tel:  (703) 456-1000
Fax:  (703) 456-1001

2

RLF1-2951241-1