IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-841-JJF |
| LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN, | : |
| Defendants. | : |

## O R D E R

WHEREAS, Plaintiff has filed a Motion For Temporary Restraining Order (Notice Provided) (D.I. 5) dated December 5, 2005, requesting the Court to issue a temporary restraining order precluding Defendants from, among other things, soliciting proxies and shareholder support for a stockholder proposal to be submitted at the January 26, 2006 annual stockholder meeting of Bally Total Fitness Holding Corporation;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A hearing will be held to consider the above-referenced Motion on **Wednesday, December 7, 2005** at **2:30 p.m.** in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The Court has allocated twenty (20) minutes per side for the parties' presentations related to the Motion.

3.   Defendants shall file any response to Plaintiff's Motion by **Wednesday, December 7, 2005** at **12:00 p.m.**

4.   Plaintiff shall provide Defendants with Notice of this Order.

_December 6 2005_  
DATE

_Joseph J. Farnan_  
UNITED STATES DISTRICT JUDGE