## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of December, 2005, **THE DEFENDANTS'**

**RESPONSE TO THE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING**

**ORDER** was served upon the below-named counsel of record by hand delivery and electronic

filing:


    Raymond J. DiCamillo
    Richards Layton & Finger
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801



                        */s/ Steven T. Margolin (#3110)*
                        —————————————
                        Steven T. Margolin (#3110)

164308