# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 7, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING
& HAND DELIVERY

Re:   *Bally Total Fitness Holding Corp. v. Liberation Investments, L.P., Liberation Investments, Ltd., Liberation Investment Group LLC and Emanuel R. Pearlman,* C.A. No. 05-841-JJF

Dear Judge Farnan:

Enclosed for Your Honor's reference is a copy of the defendants' response to plaintiff's motion for a temporary restraining order, which was filed and served this morning. The hearing on that motion is scheduled for 2:30 p.m. today.

Respectfully,

*/s/ Stephen E. Jenkins (I.D. #2152)*

Stephen E. Jenkins

SEJ/amb
Attachment
164320

cc:   Clerk, United States District Court (by hand delivery and e-filing)
      Raymond J. DiCamillo, Esq. (by e-filing)