# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RAYMOND J. DICAMILLO

DIRECT DIAL NUMBER
302-651-7786
DICAMILLO@RLF.COM

December 7, 2005

**BY EFILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:   *Bally Total Fitness Holding Corporation v. Liberation Investments, L.P., et al.,*
            *C.A. 05-841-JJF*

Dear Judge Farnan:

    At the request of Your Honor's chambers, I write to confirm that plaintiff is hereby withdrawing its motion for temporary restraining order. At this afternoon's 2:30 p.m. hearing, plaintiff will be requesting the Court to set a schedule in connection with a motion for preliminary injunction.

                                   Respectfully,

                                   Raymond J. DiCamillo (#3188)

RJD:dr
cc:   Stephen E. Jenkins, Esquire

RLF1-2954351-1