IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN,<br><br>Defendants. | No. 05-841-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on December 12, 2005, **DEFENDANTS' FIRST SET OF INTERROGATORIES** and **REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** and this **NOTICE OF SERVICE** were served upon the following counsel of record by Lexis-Nexis File and Serve:

Raymond J. DiCamillo
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Stephen E. Jenkins (I.D. #2152)
Steven T. Margolin (I.D. #3110)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sjenkins@ashby-geddes.com
smargolin@ashby-geddes.com
lmaguire@ashby-geddes.com

*Counsel for the Defendants, Liberation Investments, L.P., Liberation Investments, Ltd., Liberation Investment Group LLC, and Emanuel R. Pearlman*

OF COUNSEL:

Michael H. Diamond
Kenneth J. Baronsky
Adam R. Moses
MILBANK, TWEED, HADLEY & MCCLOY, LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

Dated: December 12, 2005
163716.1