IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERATION INVESTMENTS, L.P., )<br>LIBERATION INVESTMENTS, LTD., )<br>LIBERATION INVESTMENT GROUP LLC )<br>and EMANUEL R. PEARLMAN, )<br>)<br>Defendants. ) | Civil Action No. 05-841-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 9, 2005, copies of (i) Plaintiff's First Set of Interrogatories to Defendants and (ii) Plaintiff's First Request for the Production of Documents and Things to Defendants were served on counsel as follows:

### BY FACSIMILE

Stephen E. Jenkins, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

RLF1-2956241-1

Of Counsel:

Laurie B. Smilan
Latham & Watkins LLP
Two Freedom Square
11955 Freedom Drive, Suite 500
Reston, Virginia 20190-5651
(703) 456-1000

Dated: December 12, 2005

*/s/ Elizabeth C. Tucker*
Gregory P. Williams (#2168)
*williams@rlf.com*
Raymond J. DiCamillo (#3188)
*dicamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff Bally Total Fitness Holding Corporation

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that on December 12, 2005, I caused to be served the foregoing Notice of Service upon the following counsel of record:

**BY CM/ECF:**

Stephen E. Jenkins, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*

RLF1-2956241-1