UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-841-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF EMANUEL R. PEARLMAN

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, beginning at 9:30 a.m. on December 28, 2005, and continuing as necessary thereafter, Plaintiff Bally Total Fitness Holding Corporation, by and through its attorneys, shall take testimony by deposition, upon oral examination, of Emanuel R. Pearlman. This deposition may be videotaped and shall take place before a duly qualified notary public or some other officer authorized by law to administer oaths at the office of Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071.

*Elizabeth C. Tucker* (signature)

Gregory P. Williams (#2168)
*Williams@rlf.com*
Raymond J. DiCamillo (#3188)
*dicamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

RLF1-2956876-1

                                  -and-

                             Laurie B. Smilan
                             LATHAM & WATKINS LLP
                             11955 Freedom Drive, Suite 500
                             Reston, Virginia  20190
                             Tel:  (703) 456-1000
                             Fax:  (703) 456-1001

Date:  December 13, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that I caused copies of the foregoing NOTICE OF DEPOSITION OF EMANUEL R. PEARLMAN to be served by CM/ECF and hand delivery upon:

>STEPHEN E. JENKINS, ESQ.
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19899

on this 13th day of December, 2005.

*/s/ Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*