UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-841-JJF |
| v. | ) ) | |
| LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF GREGG FRANKEL

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26, and 30, beginning at 9:30 a.m. on December 29, 2005, and continuing as necessary thereafter, Plaintiff Bally Total Fitness Holding Corporation, by and through its attorneys, shall take testimony by deposition, upon oral examination, of Gregg Frankel. This deposition may be videotaped and shall take place before a duly qualified notary public or some other officer authorized by law to administer oaths at the office of Latham & Watkins LLP, One Newark Center, 16th Floor, Newark, New Jersey 07101.

*Elizabeth C. Tucker*
Gregory P. Williams (#2168)
*Williams@rlf.com*
Raymond J. DiCamillo (#3188)
*dicamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

RLF1-2956870-1

                              -and-

                              Laurie B. Smilan
                              LATHAM & WATKINS LLP
                              11955 Freedom Drive, Suite 500
                              Reston, Virginia  20190
                              Tel:  (703) 456-1000
                              Fax:  (703) 456-1001

Date:  December 13, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that I caused copies of the foregoing NOTICE OF DEPOSITION OF GREGG FRANKEL to be served by CM/ECF and hand delivery upon:

STEPHEN E. JENKINS, ESQ.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

on this 13th day of December, 2005.

*/s/ Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*