## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2005, **THE DEFENDANTS' MOTION TO DISMISS THE PRELIMINARY INJUNCTION PROCEEDING AS MOOT, EXHIBITS A-D** and this **CERTIFICATE OF SERVICE** were served upon the following counsel of record by Lexis-Nexis File and Serve:

Raymond J. DiCamillo
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

*/s/ Steven T. Margolin (I.D. #3110)*

Steven T. Margolin (I.D. #3110)