UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-841-JJF |
| LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF RULE 45 SUBPOENA ON DON R. KORNSTEIN

PLEASE TAKE NOTICE that pursuant to the attached subpoena, beginning at 9:00 a.m. on December 27, 2005, and continuing as necessary thereafter, Plaintiff Bally Total Fitness Holding Corporation, by and through its attorneys, shall take testimony by deposition, upon oral examination, of Don R. Kornstein. This deposition may be videotaped and shall take place before a duly qualified notary public or some other officer authorized by law to administer oaths at the office of Bonanza Reporting – Reno, L.L.C., 1111 Forest St., Reno, NV 89509.

*Elizabeth C. Tucker* (signature)
Gregory P. Williams (#2168)
*Williams@rlf.com*
Raymond J. DiCamillo (#3188)
*DiCamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

-and-

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive, Suite 500
Reston, Virginia 20190
Tel: (703) 456-1000
Fax: (703) 456-1001

Date: December 14, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that I caused copies of the foregoing NOTICE OF RULE 45 SUBPOENA ON DON R. KORNSTEIN to be served by CM/ECF upon:

STEPHEN E. JENKINS, ESQ.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

on this 14th day of December, 2005.

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*

RLF1-2957594-1