UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIBERATION INVESTMENTS, L.P.,<br>LIBERATION INVESTMENTS, LTD.,<br>LIBERATION INVESTMENT GROUP LLC<br>and EMANUEL R. PEARLMAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-841-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RULE 45 SUBPOENA ON JOSEPH R. THORNTON**

PLEASE TAKE NOTICE that pursuant to the attached subpoena, beginning at 9:00 a.m. on December 30, 2005, and continuing as necessary thereafter, Plaintiff Bally Total Fitness Holding Corporation, by and through its attorneys, shall take testimony by deposition, upon oral examination, of Joseph R. Thornton. This deposition may be videotaped and shall take place before a duly qualified notary public or some other officer authorized by law to administer oaths at the office of Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, NY 10022, (212) 906-1200.

*/s/ Elizabeth C. Tucker*
Gregory P. Williams (#2168)
*Williams@rlf.com*
Raymond J. DiCamillo (#3188)
*DiCamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

RLF1-2957434-1

        -and-

        Laurie B. Smilan
        LATHAM & WATKINS LLP
        11955 Freedom Drive, Suite 500
        Reston, Virginia 20190
        Tel: (703) 456-1000
        Fax: (703) 456-1001

Date: December 14, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that I caused copies of the foregoing NOTICE OF RULE 45 SUBPOENA ON JOSEPH R. THORNTON to be served by CM/ECF upon:

> STEPHEN E. JENKINS, ESQ.
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19899

on this 14th day of December, 2005.

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*

RLF1-2957434-1