UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-841-JJF |
| v. | ) ) | |
| LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN, | ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF RULE 45 SUBPOENA ON KARIM SAMII

PLEASE TAKE NOTICE that pursuant to the attached subpoena, beginning at 9:00 a.m. on December 27, 2005, and continuing as necessary thereafter, Plaintiff Bally Total Fitness Holding Corporation, by and through its attorneys, shall take testimony by deposition, upon oral examination, of Karim Samii. This deposition may be videotaped and shall take place before a duly qualified notary public or some other officer authorized by law to administer oaths at the office of Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, NY 10022, (212) 906-1200.

*Elizabeth C. Tucker*
Gregory P. Williams (#2168)
*Williams@rlf.com*
Raymond J. DiCamillo (#3188)
*DiCamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

          -and-

          Laurie B. Smilan
          LATHAM & WATKINS LLP
          11955 Freedom Drive, Suite 500
          Reston, Virginia 20190
          Tel: (703) 456-1000
          Fax: (703) 456-1001

Date: December 14, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that I caused copies of the foregoing NOTICE OF RULE 45 SUBPOENA ON KARIM SAMII to be served by CM/ECF upon:

STEPHEN E. JENKINS, ESQ.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

on this 14th day of December, 2005.

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*