IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BALLY TOTAL FITNESS HOLDING    :
CORP.,                          :
                                :
        Plaintiff,              :
                                :
    v.                          :    Civil Action No. 05-841-JJF
                                :
LIBERATION INVESTMENTS, L.P.,   :
LIBERATION INVESTMENTS, LTD.,   :
LIBERATION INVESTMENT GROUP LLC :
and EMANUEL R. PEARLMAN,        :
                                :
        Defendants.             :

SCHEDULING ORDER

This 14 day of December, 2005, the Court, having conducted

an initial status conference on December, 7, 2005;

IT IS ORDERED that:

1.    On or before **December 10, 2005**, at 12:00 p.m. EST,

      Bally will provide a letter to Defendants setting forth

      the disclosures it contends Defendants have failed to

      make (in violation of Sections 13(d) and 14(a) of the

      Securities Exchange Act of 1934) and which Bally will

      pursue at the preliminary injunction hearing in this

      matter;

2.    The parties must serve their interrogatories and

      requests for production no later than **December 12,**

      **2005**, at 1:00 p.m. EST;

3.    The parties shall serve their responses to

      interrogatories and requests for production and shall

produce documents on or before the close of business on **December 16, 2005**;

4.    The parties shall take depositions of fact witnesses between **December 19 and December 30, 2005**;

5.    The parties shall serve requests for admission by **December 23, 2005**;

6.    Bally shall produce any expert reports on or before **December 21, 2005**;

7.    Defendants shall depose Bally's expert on or before **December 23, 2005**;

8.    Defendants shall produce the report of any rebuttal expert on or before **December 28, 2005**;

9.    Bally shall depose Defendants' rebuttal expert on or before **December 30, 2005**;

10.   The Court orders the following limits on discovery. For the purposes of these limits, Defendants collectively are a "party":

    a.    Each party will take no more than seven (7) fact witness depositions;

    b.    Each party will serve no more than ten (10) interrogatories;

    c.    Each party will serve no more than twenty-five (25) requests for production;

    d.    Each party will serve no more than fifteen (15) requests for admission;

11.  A preliminary injunction hearing will be held on
     **January 11, 2006,** at 2:00 p.m. in Courtroom No. 4B on
     the 4th floor, United States Courthouse, Boggs
     Federal Building, Wilmington, Delaware.  In
     connection with that hearing, the Court orders
     that:

     a.   Bally will serve and file its opening brief on or
          before **January 2, 2006, at noon;**

     b.   Defendants will serve and file their answering
          brief on or before **January 9, 2006, at noon;**

     c.   Bally will serve and file its reply brief on or
          before **January 10, 2006, at noon;**

     d.   Opening and opposition briefs may be no more than
          thirty (30) pages, and the reply brief may be no
          more than fifteen (15) pages.  To the extent that
          fifty (50) pages or more of exhibits accompany any
          brief, the party filing that brief shall serve the
          opposing party with both electronic and paper
          copies of the filing.

                              _____
                              HONORABLE JOSEPH J. FARNAN JR.
                              UNITED STATES DISTRICT JUDGE