IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-841-JJF ) ) ) ) ) ) ) ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Blair Connelly, Esquire, to represent Plaintiff Bally Total Fitness Holding Corporation in this matter.

Of Counsel:

Laurie B. Smilan
Latham & Watkins LLP
Two Freedom Square
11955 Freedom Drive, Suite 500
Reston, Virginia 20190-5651
(703) 456-1000

Dated: December 15, 2005

*/s/ Elizabeth C. Tucker*
Gregory P. Williams (#2168)
*williams@rlf.com*
Raymond J. DiCamillo (#3188)
*dicamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff Bally Total Fitness Holding Corporation

RLF1-2955890-1

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This ____ day of _____, 200_, it is hereby ORDERED that the foregoing motion is GRANTED and that Blair Connelly is admitted to practice *pro hac vice*.

                                                                              _____
                                                                              The Honorable Joseph J. Farnan, Jr.
                                                                              United States District Judge

RLF1-2955890-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Blair Connelly
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Dated: December 12, 2005

RLF1-2955890-1

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that on December 15, 2005, I caused to be served the foregoing Motion and Order for Admission *Pro Hac Vice* upon the following counsel of record:

BY CM/ECF:

Stephen E. Jenkins, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*