```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

BALLY TOTAL FITNESS HOLDING            :
CORP.,                                 :
                                       :
         Plaintiff,                    :
                                       :
    v.                                 :   Civil Action No. 05-841-JJF
                                       :
LIBERATION INVESTMENTS, L.P.,          :
LIBERATION INVESTMENTS, LTD.,          :
LIBERATION INVESTMENT GROUP LLC        :
and EMANUEL R. PEARLMAN,               :
                                       :
         Defendants.                   :

O R D E R

WHEREAS, the Court held a teleconference in this matter on December 15, 2005 in which it heard argument on Defendants' Motion To Dismiss The Preliminary Injunction Proceeding As Moot (D.I. 28);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Scheduling Order dated December 14, 2005 (D.I. 38), is suspended pending the Court's decision on Defendants' Motion To Dismiss The Preliminary Injunction Proceeding As Moot (D.I. 28);

2. Plaintiff shall file its brief in opposition to Defendants' Motion To Dismiss (D.I. 28) and its proposed amended complaint no later than **4:30 p.m. on December 16, 2005**;

3.  Defendants shall file their reply to Plaintiff's brief in opposition and their objections to Plaintiff's proposed amended complaint no later than **12:00 noon on December 19, 2005.**


December 15, 2005
DATE

UNITED STATES DISTRICT JUDGE