# EXHIBIT 6

## SEC EDGAR Filing Information

## Form SC 13D/A -- General statement of acquisition of beneficial ownership [amend]

**Filing Date Changed: 2004-12-13**
**Group Members: EMANUEL R. PEARLMANLIBERATION INVESTMENTS LTD.LIBERATION INVESTMENTS, L.P.**
**Documents: 1**

SEC Accession No.
**0000914121-04-002569**
Filing date: **2004-12-13**
Accepted: **2004-12-13 06:44:56**

### Table of submitted documents:

| Seq | Type | Document | Size | Description |
|-----|------|----------|------|-------------|
| 1 | SC 13D/A | li702973-13da.txt | 25943 | AMENDMENT NO. 5 TO GENERAL BENEFICIAL STATEMENTS |
| | | 0000914121-04-002569.txt | 28102 | Complete submission text file |

### Filer Information

**BALLY TOTAL FITNESS HOLDING CORP** (Subject) (**0000770944**)
IRS No.: 363228107 | State of Incorp : DE | Fiscal Year End: 1231
Type: SC 13D/A | Act: 34 | File No : **005-47769** | Film No.: 041197714
SIC: **7997** Services-Membership Sports & Recreation Clubs

**Business Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631
773-380-3000

**Mailing Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631

**LIBERATION INVESTMENT GROUP LLC** (Filed by) (**0001259272**)
IRS No.: 000000000 | State of Incorp.: | Fiscal Year End:

**Business Address**

**Mailing Address**
11766 WILSHIRE BLVD ,
SUITE 870
LOS ANGELES CA 90025

```
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<FILENAME>li702973-13da.txt
<DESCRIPTION>AMENDMENT NO. 5 TO GENERAL BENEFICIAL STATEMENTS
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D
(Rule 13d-101)

INFORMATION TO BE INCLUDED IN STATEMENTS
FILED PURSUANT TO RULE 13d-1(a) AND AMENDMENTS
THERETO FILED PURSUANT TO RULE 13d-2(a)

Amendment No. 5

Bally Total Fitness Holding Corporation
--------------------------------------------------------------------------------
(Name of Issuer)

Common Stock, par value $.01 per share
--------------------------------------------------------------------------------
(Title of Class of Securities)

058 73K 10 8
----------------------------------------
(CUSIP Number)

Dennis J. Block, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
(212) 504-5555
--------------------------------------------------------------------------------
(Name, Address and Telephone Number of Person Authorized to Receive Notices and
Communications)

December 08, 2004
----------------------------------------
(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition that is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(e), Rule 13d-1(f) or Rule 13d-1(g), check the
following box [ ].

Note: Schedules filed in paper format shall include a signed original and five
copies of the schedule, including all exhibits. See Rule 13d-7(b) for other
parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's
initial filing on this form with respect to the subject class of securities, and
for any subsequent amendment containing information which would alter
disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed
to be "filed" for the purpose of Section 18 of the Securities Exchange Act of

1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

<PAGE>

```
--------------------------                     -----------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D      Page 2 of 10
--------------------------                     -----------------------
```

---

1    NAME OF REPORTING PERSON
     Liberation Investments, L.P.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON

---

2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)(a) [ ]
                                                                        (b) [X]

---

3    SEC USE ONLY

---

4    SOURCE OF FUNDS (See Instructions)
     WC

---

5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]

---

6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Delaware

---

|                    | 7  | SOLE VOTING POWER        |
|                    |    | 0                        |

---

| NUMBER OF          | 8  | SHARED VOTING POWER      |
| SHARES             |    | 2,008,565                |
| BENEFICIALLY       |    |                          |
| OWNED BY           |

---

| EACH               | 9  | SOLE DISPOSITIVE POWER   |
| REPORTING          |    | 0                        |
| PERSON             |
| WITH               |

---

|                    | 10 | SHARED DISPOSITIVE POWER |
|                    |    | 2,008,565                |

---

11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      2,008,565

---

12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions) [ ]

---

```
13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
        5.84%
------------------------------------------------------------------------
14      TYPE OF REPORTING PERSON (See Instructions)
        PN

------------------------------------------------------------------------

<PAGE>
--------------------------                            ----------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D          Page 3 of 10
--------------------------                            ----------------------
------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments Ltd.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)(a) [ ]
                                                                         (b) [X]
------------------------------------------------------------------------
3    SEC USE ONLY

------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     WC
------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e)  [ ]
------------------------------------------------------------------------
     CITIZENSHIP OR PLACE OF ORGANIZATION
6    Cayman Islands
------------------------------------------------------------------------
                   7    SOLE VOTING POWER
                        0
     NUMBER OF     ------------------------------------------------------
      SHARES       8    SHARED VOTING POWER
   BENEFICIALLY         1,084,135
    OWNED BY
     EACH         ------------------------------------------------------
   REPORTING      9    SOLE DISPOSITIVE POWER
    PERSON             0
     WITH
                  ------------------------------------------------------
                  10   SHARED DISPOSITIVE POWER
                       1,084,135
------------------------------------------------------------------------
11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
     1,084,135
```

---

```
12      CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
        Instructions) [ ]
```

---

```
13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
        3.15%
```

---

```
14      TYPE OF REPORTING PERSON (See Instructions)
        CO
```

---

<PAGE>

```
CUSIP No. 058 73K 10 8            SCHEDULE 13D            Page 4 of 10
```

---

```
1       NAME OF REPORTING PERSON
        Liberation Investment Group LLC
        I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
```

---

```
2       CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)(a) [ ]
                                                                            (b) [X]
```

---

```
3       SEC USE ONLY
```

---

```
4       SOURCE OF FUNDS (See Instructions)
        N/A
```

---

```
5       CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
        or 2(e)
```

---

```
6       CITIZENSHIP OR PLACE OF ORGANIZATION
        Delaware
```

---

```
                        7       SOLE VOTING POWER
                                0
```

---

```
   NUMBER OF           8       SHARED VOTING POWER
     SHARES                    3,092,700
 BENEFICIALLY
   OWNED BY            ---------------------------------------------
     EACH             9       SOLE DISPOSITIVE POWER
  REPORTING                   0
    PERSON
```

```
     WITH          ----------------------------------------------------------------
                10    SHARED DISPOSITIVE POWER
                      3,092,700

----------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      3,092,700

----------------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions) [ ]

----------------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      9.01%


----------------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)
      OO, IA


----------------------------------------------------------------------------------

<PAGE>

---------------------------                              -----------------------
CUSIP No. 058 73K 10 8           SCHEDULE 13D               Page 5 of 10
---------------------------                              -----------------------

----------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON

     Emanuel R. Pearlman

----------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)(a) [ ]
                                                                          (b) [X]

----------------------------------------------------------------------------------
3    SEC USE ONLY


----------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     N/A


----------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]


----------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     United States


----------------------------------------------------------------------------------
                 7    SOLE VOTING POWER
                      35,000
```



```
        -----------------------------------------------------------------
  NUMBER OF    8    SHARED VOTING POWER
    SHARES
BENEFICIALLY        3,092,700
   OWNED BY    -----------------------------------------------------------------
     EACH      9    SOLE DISPOSITIVE POWER
  REPORTING         35,000
    PERSON
     WITH      -----------------------------------------------------------------
              10    SHARED DISPOSITIVE POWER
                    3,092,700
```

```
--------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      3,127,700
--------------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions) [ ]
--------------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      9.20%
--------------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)
      IN, HC
--------------------------------------------------------------------------------
```

<PAGE>

```
---------------------------                              -----------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D              Page 6 of 10
---------------------------                              -----------------------
```

INTRODUCTION

    This Amendment No. 5 (this "Amendment") relates to the Schedule 13D filed
on behalf of (i) Liberation Investments, L.P., a Delaware limited partnership
("LILP"); (ii) Liberation Investments Ltd. ("LILtd"), a private offshore
investment corporation; (iii) Liberation Investment Group, LLC ("LIGLLC"), a
Delaware limited liability company and general partner of LILP and discretionary
investment adviser to LILtd; and (iv) Emanuel R. Pearlman, as General Manager,
Chief Investment Officer and majority member of LIGLLC (collectively, the
"Reporting Persons"), with the Securities and Exchange Commission on June 8,
2004, as amended by Amendment No. 1 filed on July 13, 2004, Amendment No. 2
filed on August 27, 2004, Amendment No. 3 filed on September 1, 2004, and
Amendment No. 4 filed on September 10, 2004 (the "Schedule 13D"), relating to
shares of common stock, $.01 par value per share ("Common Stock"), of Bally
Total Fitness Holding Corporation (the "Company").

    Items 3, 4, 5 and 7 of the Schedule 13D are amended and supplemented as
follows:

Item 3. Source and Amount of Funds or Other Consideration.

    The net investment cost (excluding commissions, if any) of the shares of

Common Stock beneficially owned by the Reporting Persons is $12,256,791.11. The source of funds for this consideration was working capital of LILP and LILtd.

Item 4. Purpose of Transaction.

        As previously disclosed, the Reporting Persons intend to evaluate, on an ongoing basis, the Company's financial condition, business, operations and prospects, the market price for the shares of Common Stock, conditions in the securities markets and general economic conditions. In addition, the Reporting Persons intend to discuss with management, the Board of Directors, other shareholders and/or third parties potential extraordinary transactions involving the Company, such as a merger, liquidation, reorganization, recapitalization or sale of all or substantially all the Company's assets. The Reporting Persons may or may not participate in such a transaction  The Reporting Persons also intend to discuss with management, the Board of Directors, other shareholders and/or third parties the need to split the positions of Chairman of the Board and Chief Executive Officer. The Reporting Persons believe that to be effective this board of directors must be led by a Chairman who is independent of management and that separating the roles of Chairman and Chief Executive Officer will strengthen and improve corporate governance at the Company. Additionally, the Reporting Persons may discuss with the Board of Directors and other shareholders the need to add a shareholder representative to the Board of Directors. As previously disclosed, the Reporting Persons also intend to monitor and review the Company's redemption of its stockholder rights plan and the Company's policies with respect thereto.

        The Reporting Persons may pursue alternatives to maximize the value of their investment in the Company. Such alternatives could include, without limitation, (i) the purchase of additional Common Stock in the open market, in privately negotiated transactions or otherwise, and (ii) the sale of all or a portion of the Common Stock now owned or hereafter acquired by them. The Reporting Persons may also transfer shares to or from a Reporting Person to another Reporting Person.

<PAGE>

```
----------------------------                           -----------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D            Page 7 of 10
----------------------------                           -----------------------
```

        The Reporting Persons reserve the right to change their plans or intentions and to take any and all actions that they may deem appropriate to maximize the value of their investment in the Company in light of their general investment policies, market conditions, subsequent developments affecting the Company and the general business and future prospects of the Company.

        Except as set forth above, the Reporting Persons do not have any current intention, plan or proposal with respect to: (a) the acquisition by any person of additional securities of the Company, or the disposition of securities of the Company; (b) an extraordinary corporate transaction, such as a merger, reorganization or liquidation, involving the Company or any of its subsidiaries; (c) a sale or transfer of a material amount of assets of the Company or any of its subsidiaries; (d) any change in the present board of directors or management of the Company, including any plans or proposals to change the number or term of directors or to fill any existing vacancies on the board; (e) any material change in the present capitalization or dividend policy of the Company; (f) any other material change in the Company's business or corporate structure; (g) changes in the Company's charter, bylaws or instruments corresponding thereto or other actions which may impede the acquisition of control of the Company by any

person; (h) causing a class of securities of the Company to be delisted from a national securities exchange, if any, or cease to be authorized to be quoted in an inter-dealer quotation system of a registered national securities association; (i) a class of equity securities of the Company becoming eligible for termination of a registration pursuant to Section 12(g)(4) of the Act; or (j) any action similar to any of those enumerated above.

Item 5. Interest in Securities of the Issuer.

(a) As of the date hereof, the Reporting Persons have the following interests in the Common Stock of the Company:

    (i)   LILP beneficially owns 2,008,565 shares of Common Stock and is the beneficial owner of 5.84% of the Common Stock.

    (ii)  LILtd beneficially owns 1,084,135 shares of Common Stock and is the beneficial owner of 3.15% of the Common Stock.

    (iii) LIGLLC, as the sole general partner of LILP and the sole investment advisor to LILtd, beneficially owns 3,092,700 shares of Common Stock and is the beneficial owner of 9.01% of the Common Stock.

    (iv)  Mr. Pearlman beneficially owns 35,000 shares of Common Stock and, as the majority member and General Manager of LIGLLC, beneficially owns 3,092,700 shares of Common Stock, and is the beneficial owner of 9.20% of the Common Stock.

&lt;PAGE&gt;

```
---------------------------                          ------------------------
CUSIP No. 058 73K 10 8        SCHEDULE 13D            Page 8 of 10
---------------------------                          ------------------------
```

The Reporting Persons in the aggregate may be deemed to own 9.01% of the Common Stock of the Company.

(b) The table below sets forth for each Reporting Person the numbers of shares of Common Stock for which there is sole or shared power to vote or to direct the vote, or sole or shared power to dispose or to direct the disposition, of the Common Stock:

|  | LILP | LILtd | LIGLLC | Mr. Pearlman |
|---|---|---|---|---|
| Sole Power to Vote/ Direct Vote | 0 | 0 | 0 | 35,000 |
| Shared Power to Vote/ Direct Vote | 2,008,565 | 1,084,135 | 3,092,700 | 3,092,700 |
| Sole Power to Dispose/ Direct Disposition | 0 | 0 | 0 | 35,000 |
| Shared Power to Dispose/ Direct Disposition | 2,008,565 | 1,084,135 | 3,092,700 | 3,092,700 |

(c) In addition to the purchases or sales of the Company's Common Stock

listed in Item 5(c) of Amendments No. 2, 3 and 4 to the Schedule 13D, the following is a list of all purchases or sales of the Company's Common Stock by the Reporting Persons within the past 60 days:

    (i) On October 11, 2004, (i) LILP purchased 46,200 shares of Common Stock on the open market, at a price of $3.7657 per share, and (ii) LILtd purchased 23,800 shares of Common Stock on the open market, at a price of $3.7657 per share.

    (ii) On October 19, 2004, (i) LILP purchased 23,166 shares of Common Stock on the open market, at a price of $3.8104 per share, and (ii) LILtd purchased 11,934 shares of Common Stock on the open market, at a price of $3.8104 per share

    (iii) On October 21, 2004, (i) LILP purchased 13,266 shares of Common Stock on the open market, at a price of $3.7899 per share, and (ii) LILtd purchased 6,834 shares of Common Stock on the open market, at a price of $3.7899 per share.

    (iv) On October 26, 2004, (i) LILP purchased 49,500 shares of Common Stock on the open market, at a price of $3.8931 per share, and (ii) LILtd purchased 25,500 shares of Common Stock on the open market, at a price of $3.8931 per share.

<PAGE>

---------------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D          Page 9 of 10
---------------------------                          ------------------------

    (v) On October 28, 2004, (i) LILP purchased 13,200 shares of Common Stock on the open market, at a price of $4.0000 per share, and (ii) LILtd purchased 6,800 shares of Common Stock on the open market, at a price of $4.000 per share.

    (vi) On December 8, 2004, (i) LILP purchased 32,500 shares of Common Stock on the open market, at a price of $3.6451 per share, and (ii) LILtd purchased 17,500 shares of Common Stock on the open market, at a price of $3.6451 per share.

    (vii) On December 8, 2004, (i) LILP purchased 42,250 shares of Common Stock hon te open market, at a price of $3.6831 per share, and (ii) LILtd purchased 22,750 shares of Common Stock on the open market, at a price of $3.6831 per share.

    (viii) On December 9, 2004, (i) LILP purchased 16,250 shares of Common Stock on the open market, at a price of $3.671 per share, and (ii) LILtd purchased 8,750 shares of Common Stock on the open market, at a price of $3.671 per share.

    (ix) On December 9, 2004, (i) LILP purchased 26,000 shares of Common Stock on the open market, at a price of $3.7645 per share, and (ii) LILtd purchased 14,000 shares of Common Stock on the open market, at a price of $3.7645 per share.

    (x) On December 10, 2004, (i) LILP purchased 23,270 shares of Common Stock on the open market, at a price of $3.7801 per share, and (ii) LILtd purchased 12,530 shares of Common Stock on the open market, at a price of $3.7801 per share.

(d) No person other than each respective owner of Common Stock referred to in this Amendment is known to have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such Common Stock.

(e) Not applicable.

Item 7. Materials to be Filed as Exhibits.

Not applicable.

<PAGE>

```
---------------------------                     ------------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D     Page 10 of 10
---------------------------                     ------------------------
```

SIGNATURE

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated:   December 13, 2004


LIBERATION INVESTMENTS, L.P.
By:  Liberation Investment Group, LLC, general partner

By:  /s/ Emanuel R. Pearlman
     ---------------------------
     Emanuel R. Pearlman
     General Manager


LIBERATION INVESTMENTS LTD.

By:  /s/ Emanuel R. Pearlman
     ---------------------------
     Emanuel R. Pearlman
     Director


LIBERATION INVESTMENT GROUP, LLC

By:  /s/ Emanuel R. Pearlman
     ---------------------------
       Emanuel R. Pearlman
       General Manager


Emanuel R. Pearlman

/s/ Emanuel R. Pearlman
-------------------------------

</TEXT>
</DOCUMENT>

# EXHIBIT 7

## SEC EDGAR Filing Information

## Form SC 13D/A -- General statement of acquisition of beneficial ownership [amend]

Filing Date Changed: **2005-04-26**
Group Members: **EMANUEL R. PEARLMANLIBERATION INVESTMENTS LTD.LIBERATION INVESTMENTS, L.P.**
Documents: **1**

SEC Accession No.
**0000914121-05-000817**
Filing date: **2005-04-26**
Accepted: **2005-04-26 15:03:51**

**Table of submitted documents:**

| Seq | Type | Document | Size | Description |
|-----|------|----------|------|-------------|
| 1 | SC 13D/A | li709697-13da.txt | 23096 | AMENDMENT NO 6 |
| | | 0000914121-05-000817.txt | 25231 | Complete submission text file |

## Filer Information

**BALLY TOTAL FITNESS HOLDING CORP** (Subject) (**0000770944**)
IRS No.: **363228107** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **SC 13D/A** | Act: **34** | File No.: **005-47769** | Film No : 05772750
SIC: **7997** Services-Membership Sports & Recreation Clubs

**Business Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631
773-380-3000

**Mailing Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631

**LIBERATION INVESTMENT GROUP LLC** (Filed by) (**0001259272**)
IRS No.: **000000000** | State of Incorp : | Fiscal Year End:
Type: **SC 13D/A** | Act: | Film No :

**Business Address**

**Mailing Address**
11766 WILSHIRE BLVD ,
SUITE 870
LOS ANGELES CA 90025

http://www.sec.gov/Archives/edgar/data/770944/000091412105000

```
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<FILENAME>li709697-13da.txt
<DESCRIPTION>AMENDMENT NO 6
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D
(Rule 13d-101)

INFORMATION TO BE INCLUDED IN STATEMENTS
FILED PURSUANT TO RULE 13d-1(a) AND AMENDMENTS
THERETO FILED PURSUANT TO RULE 13d-2(a)

Amendment No. 6

Bally Total Fitness Holding Corporation
--------------------------------------------------------------------------------
(Name of Issuer)

Common Stock, par value $.01 per share
--------------------------------------------------------------------------------
(Title of Class of Securities)

058 73K 10 8
------------------------------------------------------------------
(CUSIP Number)

Mr. Emanuel R. Pearlman
Liberation Investment Group
11766 Wilshire Blvd
Suite #870
Los Angeles, CA 90025-6538
(310) 479-3434
--------------------------------------------------------------------------------
(Name, Address and Telephone Number of Person Authorized to Receive Notices and
Communications)

April 21, 2005
------------------------------------------------------------------
(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition that is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(e), Rule 13d-1(f) or Rule 13d-1(g), check the
following box [ ].

Note: Schedules filed in paper format shall include a signed original and five
copies of the schedule, including all exhibits  See Rule 13d-7(b) for other
parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's
initial filing on this form with respect to the subject class of securities, and
for any subsequent amendment containing information which would alter
disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed
to be "filed" for the purpose of Section 18 of the Securities Exchange Act of
1934 ("Act") or otherwise subject to the liabilities of that section of the Act
but shall be subject to all other provisions of the Act (however, see the

http://www.sec.gov/Archives/edgar/data/770944/000091412105000

Notes)

<PAGE>

-----------------------------                    -----------------------------
CUSIP No. 058 73K 10 8              SCHEDULE 13D              Page 2 of 9
-----------------------------                    -----------------------------

---------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments, L P.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
---------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions) (a) [ ]
                                                                         (b) [X]
---------------------------------------------------------------------------------
3    SEC USE ONLY

---------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     WC
---------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]
---------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Delaware
---------------------------------------------------------------------------------
                      7    SOLE VOTING POWER
                           0
     NUMBER OF        ------------------------------------------------------------
      SHARES          8    SHARED VOTING POWER
  BENEFICIALLY             2,175,463
    OWNED BY
      EACH           ------------------------------------------------------------
   REPORTING         9    SOLE DISPOSITIVE POWER
     PERSON               0
      WITH
                     ------------------------------------------------------------
                     10   SHARED DISPOSITIVE POWER
                          2,175,463
---------------------------------------------------------------------------------
11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
     2,175,463
---------------------------------------------------------------------------------
12   CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
     Instructions) [ ]
---------------------------------------------------------------------------------
13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
     6.4%
---------------------------------------------------------------------------------
14   TYPE OF REPORTING PERSON (See Instructions)
     PN
---------------------------------------------------------------------------------

http://www.sec.gov/Archives/edgar/data/770944/000091412105000

<PAGE>

```
--------------------------                          --------------------------
CUSIP No. 058 73K 10 8              SCHEDULE 13D            Page 3 of 9
--------------------------                          --------------------------
```

```
-------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments Ltd.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
-------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)  (a) [ ]
                                                                          (b) [X]
-------------------------------------------------------------------------------
3    SEC USE ONLY
-------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     WC
-------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]
-------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Cayman Islands
-------------------------------------------------------------------------------
                    7    SOLE VOTING POWER
                         0
   NUMBER OF        -----------------------------------------------------------
    SHARES          8    SHARED VOTING POWER
 BENEFICIALLY            1,173,987
  OWNED BY
    EACH            -----------------------------------------------------------
  REPORTING         9    SOLE DISPOSITIVE POWER
   PERSON                0
    WITH
                    -----------------------------------------------------------
                    10   SHARED DISPOSITIVE POWER
                         1,173,987
-------------------------------------------------------------------------------
11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
     1,173,987
-------------------------------------------------------------------------------
12   CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
     Instructions) [ ]
-------------------------------------------------------------------------------
13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
     3.45%
-------------------------------------------------------------------------------
14   TYPE OF REPORTING PERSON (See Instructions)
     CO
-------------------------------------------------------------------------------
```

<PAGE>

http://www.sec.gov/Archives/edgar/data/770944/000091412105000

```
---------------------------                          ---------------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D             Page 4 of 9
---------------------------                          ---------------------------
```

```
-------------------------------------------------------------------------------
1     NAME OF REPORTING PERSON
      Liberation Investment Group LLC
      I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
-------------------------------------------------------------------------------
2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions) (a) [ ]
                                                                          (b) [X]
-------------------------------------------------------------------------------
3     SEC USE ONLY

-------------------------------------------------------------------------------
4     SOURCE OF FUNDS (See Instructions)
      N/A
-------------------------------------------------------------------------------
5     CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
      or 2(e) [ ]
-------------------------------------------------------------------------------
6     CITIZENSHIP OR PLACE OF ORGANIZATION
      Delaware
-------------------------------------------------------------------------------
                  7     SOLE VOTING POWER
                        0
   NUMBER OF     ------------------------------------------------------------
     SHARES       8     SHARED VOTING POWER
  BENEFICIALLY          3,349,450
    OWNED BY
     EACH        ------------------------------------------------------------
   REPORTING      9     SOLE DISPOSITIVE POWER
    PERSON              0
     WITH
                 ------------------------------------------------------------
                  10    SHARED DISPOSITIVE POWER
                        3,349,450
-------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      3,349,450
-------------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions) [ ]
-------------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      9.86%
-------------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)
      OO, IA
-------------------------------------------------------------------------------
```

<PAGE>

```
---------------------------                          ---------------------------
```

http://www.sec.gov/Archives/edgar/data/770944/000091412105000

```
CUSIP No. 058 73K 10 8          SCHEDULE 13D              Page 5 of 9
-------------------------                           -------------------------
--------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON

     Emanuel R. Pearlman
--------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions) (a) [ ]
                                                                         (b) [X]
--------------------------------------------------------------------------------
3    SEC USE ONLY
--------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     N/A
--------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e) [ ]
--------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     United States
--------------------------------------------------------------------------------
                    7    SOLE VOTING POWER
                         35,000
     NUMBER OF      ---------------------------------------------------------
      SHARES        8    SHARED VOTING POWER
   BENEFICIALLY          3,349,450
     OWNED BY
      EACH         ---------------------------------------------------------
    REPORTING      9    SOLE DISPOSITIVE POWER
     PERSON             35,000
      WITH
                   ---------------------------------------------------------
                   10    SHARED DISPOSITIVE POWER
                         3,349,450
--------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      3,384,450
--------------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions) [ ]
--------------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      9 96%
--------------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)
      IN, HC
--------------------------------------------------------------------------------
```

<PAGE>


INTRODUCTION

     This Amendment No. 6 (this "Amendment") relates to the Schedule 13D filed
on behalf of (i) Liberation Investments, L.P., a Delaware limited partnership

http://www.sec.gov/Archives/edgar/data/770944/000091412105000

("LILP"); (ii) Liberation Investments Ltd. ("LILtd"), a private offshore investment corporation; (iii) Liberation Investment Group, LLC ("LIGLLC"), a Delaware limited liability company and general partner of LILP and discretionary investment adviser to LILtd; and (iv) Emanuel R. Pearlman, as General Manager, Chief Investment Officer and majority member of LIGLLC (collectively, the "Reporting Persons"), with the Securities and Exchange Commission on June 8, 2004, as amended by Amendment No. 1 filed on July 13, 2004, Amendment No. 2 filed on August 27, 2004, Amendment No. 3 filed on September 1, 2004, Amendment No. 4 filed on September 10, 2004 and Amendment No. 5 filed on December 13, 2004 (the "Schedule 13D"), relating to shares of common stock, $.01 par value per share ("Common Stock"), of Bally Total Fitness Holding Corporation (the "Company").

Items 3, 4 and 5 of the Schedule 13D are amended and supplemented as follows:

Item 3.      Source and Amount of Funds or Other Consideration.

The net investment cost (excluding commissions, if any) of the shares of Common Stock beneficially owned by the Reporting Persons is $13,207,876.33. The source of funds for this consideration was working capital of LILP and LILtd.

Item 4.      Purpose of Transaction.

On April 21, 2005, representatives of the Reporting Persons met with members of the Company's senior management, several members of the Company's Board of Directors and the Company's financial advisor. At the meeting, the Reporting Persons' representatives presented their views and analysis of the Company's current financial position and various means to maximize shareholder value, including potential refinancing, recapitalization, sale of assets and capital raising transactions. The Reporting Persons' representatives also discussed their views regarding the public market's perception of the Company's governance and management. At the meeting, the Reporting Persons' representatives urged the Company to take immediate steps to protect and enhance shareholder value.

The Reporting Persons intend to evaluate, on an ongoing basis, the Company's financial condition, business, operations and prospects, the market price for the shares of Common Stock, conditions in the securities markets and general economic conditions as well as the Company's response to the Reporting Persons' concerns. The Reporting Persons may engage in further discussions with management, the Board of Directors, other shareholders and/or third parties regarding potential extraordinary transactions involving the Company, such as a merger, liquidation, reorganization, recapitalization, financings or sale of Company's assets  The Reporting Persons may or may not participate in such a transaction. The Reporting Persons may also discuss with management, the Board of Directors, other shareholders and/or third parties means to improve the Company's governance. The Reporting Persons also intend to monitor and review the Company's redemption of its stockholder rights plan and the Company's policies

<PAGE>

```
--------------------------                          --------------------------
CUSIP No. 058 73K 10 8         SCHEDULE 13D              Page 7 of 9
--------------------------                          --------------------------
```

with respect thereto. If the Company is not responsive to the Reporting Persons' concerns, the Reporting Persons intend to review all available alternatives which could include seeking to change the present board of directors or management of the Company

The Reporting Persons may pursue alternatives to maximize the value of their investment in the Company  Such alternatives could include, without limitation, (i) the purchase of additional Common Stock in the open market, in privately negotiated transactions or otherwise, and (ii) the sale of all or a portion of the Common Stock now owned or hereafter acquired by them. The

Reporting Persons may also transfer shares to or from a Reporting Person to another Reporting Person.

The Reporting Persons reserve the right to change their plans or intentions and to take any and all actions that they may deem appropriate to maximize the value of their investment in the Company in light of their general investment policies, market conditions, subsequent developments affecting the Company and the general business and future prospects of the Company.

Except as set forth above, the Reporting Persons do not have any current intention, plan or proposal with respect to: (a) the acquisition by any person of additional securities of the Company, or the disposition of securities of the Company; (b) an extraordinary corporate transaction, such as a merger, reorganization or liquidation, involving the Company or any of its subsidiaries; (c) a sale or transfer of a material amount of assets of the Company or any of its subsidiaries; (d) any change in the present board of directors or management of the Company, including any plans or proposals to change the number or term of directors or to fill any existing vacancies on the board; (e) any material change in the present capitalization or dividend policy of the Company; (f) any other material change in the Company's business or corporate structure; (g) changes in the Company's charter, bylaws or instruments corresponding thereto or other actions which may impede the acquisition of control of the Company by any person; (h) causing a class of securities of the Company to be delisted from a national securities exchange, if any, or cease to be authorized to be quoted in an inter-dealer quotation system of a registered national securities association; (i) a class of equity securities of the Company becoming eligible for termination of a registration pursuant to Section 12(g)(4) of the Act; or (j) any action similar to any of those enumerated above.

Item 5      Interest in Securities of the Issuer

(a) As of the date hereof, the Reporting Persons have the following interests in the Common Stock of the Company:

              (i)   LILP beneficially owns 2,175,463 shares of Common Stock and is
                    the beneficial owner of 6.4% of the Common Stock.

              (ii)  LILtd beneficially owns 1,173,987 shares of Common Stock and
                    is the beneficial owner of 3.45% of the Common Stock.

<PAGE>

```
-------------------------                                  -------------------------
CUSIP No  058 73K 10 8              SCHEDULE 13D                   Page 8 of 9
-------------------------                                  -------------------------
```

              (iii) LIGLLC, as the sole general partner of LILP and the sole
                    investment advisor to LILtd, beneficially owns 3,349,450
                    shares of Common Stock and is the beneficial owner of 9.86% of
                    the Common Stock.

              (iv)  Mr. Pearlman beneficially owns 35,000 shares of Common Stock
                    and, as the majority member and General Manager of LIGLLC,
                    beneficially owns 3,349,450 shares of Common Stock, and is the
                    beneficial owner of 9.96% of the Common Stock.

The Reporting Persons in the aggregate may be deemed to own 9.96% of the Common Stock of the Company.

(b) The table below sets forth for each Reporting Person the numbers of shares of Common Stock for which there is sole or shared power to vote or to direct the vote, or sole or shared power to dispose or to direct the disposition, of the Common Stock:

|  | LILP | LILtd | LIGLLC | Mr. Pearlman |
|---|---|---|---|---|

http://www.sec.gov/Archives/edgar/data/770944/000091412105000

| | ---- | ----- | ------ | -------- |
|---|---|---|---|---|
| Sole Power to Vote/ Direct Vote | 0 | 0 | 0 | 35,000 |
| Shared Power to Vote/ Direct Vote | 2,175,463 | 1,173,987 | 3,349,450 | 3,349,450 |
| Sole Power to Dispose/ Direct Disposition | 0 | 0 | 0 | 35,000 |
| Shared Power to Dispose/ Direct Disposition | 2,175,463 | 1,173,987 | 3,349,450 | 3,349,450 |

(c) The Reporting Persons have not effected any purchases or sales of the Company's Common Stock within the past 60 days.

(d) No person other than each respective owner of Common Stock referred to in this Amendment is known to have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such Common Stock.

(e) Not applicable.

<PAGE>

```
--------------------------                          --------------------------
CUSIP No. 058 73K 10 8           SCHEDULE 13D           Page 9 of 9
--------------------------                          --------------------------
```

SIGNATURE

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated:  April 26, 2005

LIBERATION INVESTMENTS, L.P.
By:  Liberation Investment Group, LLC, general partner

By: /s/ Emanuel R. Pearlman
    ------------------------
    Emanuel R. Pearlman
    General Manager

LIBERATION INVESTMENTS LTD.

By: /s/ Emanuel R. Pearlman
    ------------------------
    Emanuel R. Pearlman
    Director

LIBERATION INVESTMENT GROUP, LLC

```
By: /s/ Emanuel R. Pearlman
    ----------------------
    Emanuel R. Pearlman
    General Manager


Emanuel R. Pearlman


/s/ Emanuel R. Pearlman
-----------------------


</TEXT>
</DOCUMENT>
```

# EXHIBIT 8

## SEC EDGAR Filing Information

## Form SC 13D/A -- General statement of acquisition of beneficial ownership [amend]

Filing Date Changed: **2005-05-06**
Group Members: **EMANUEL R. PEARLMANLIBERATION INVESTMENTS, L.P.LIBERATION INVESTMENTS, LTD.**
Documents: **1**

SEC Accession No.
**0000914121-05-000917**
Filing date: **2005-05-06**
Accepted: **2005-05-06 11:44:59**

### Table of submitted documents:

| Seq | Type | Document | Size | Description |
|-----|------|----------|------|-------------|
| 1 | SC 13D/A | li710353-13da.txt | 23217 | AMENDMENT TO GEN. STATE. OF BEN. OWNERSHIP |
| | | 0000914121-05-000917.txt | 25353 | **Complete submission text file** |

## Filer Information

**BALLY TOTAL FITNESS HOLDING CORP** (Subject) (**0000770944**)
IRS No.: **363228107** | State of Incorp : **DE** | Fiscal Year End: **1231**
Type: **SC 13D/A** | Act: **34** | File No. : **005-47769** | Film No : **05806133**
SIC: **7997** Services-Membership Sports & Recreation Clubs

**Business Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631
773-380-3000

**Mailing Address**
8700 WEST BRYN MAWR AVENUE
SECOND FLOOR
CHICAGO IL 60631

**LIBERATION INVESTMENT GROUP LLC** (Filed by) (**0001259272**)
IRS No.: **000000000** | State of Incorp : | Fiscal Year End:
Type: **SC 13D/A** | Act: | Film No.:

**Business Address**    **Mailing Address**
11766 WILSHIRE BLVD.,
SUITE B70
LOS ANGELES CA 90025

```
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<FILENAME>li710353-13da.txt
<DESCRIPTION>AMENDMENT TO GEN. STATE. OF BEN. OWNERSHIP
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549


SCHEDULE 13D
(Rule 13d-101)


INFORMATION TO BE INCLUDED IN STATEMENTS
FILED PURSUANT TO RULE 13d-1(a) AND AMENDMENTS
THERETO FILED PURSUANT TO RULE 13d-2(a)


Amendment No. 7


Bally Total Fitness Holding Corporation
--------------------------------------------------------------------------------
(Name of Issuer)

Common Stock, par value $.01 per share
--------------------------------------------------------------------------------
(Title of Class of Securities)

058 73K 10 8
--------------------------------------------------
(CUSIP Number)

Mr. Emanuel R. Pearlman
Liberation Investment Group
11766 Wilshire Blvd.
Suite #870
Los Angeles, CA 90025-6538
(310) 479-3434
--------------------------------------------------------------------------------
(Name, Address and Telephone Number of Person Authorized to Receive Notices and
Communications)

May 4, 2005
--------------------------------------------------
(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition that is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(e), Rule 13d-1(f) or Rule 13d-1(g), check the
following box [ ]

Note: Schedules filed in paper format shall include a signed original and five
copies of the schedule, including all exhibits. See Rule 13d-7(b) for other
parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's
initial filing on this form with respect to the subject class of securities, and
for any subsequent amendment containing information which would alter
disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

<PAGE>

```
-----------------------------                              ----------------------
CUSIP No. 058 73K 10 B           SCHEDULE 13D              Page 2 of 8
-----------------------------                              ----------------------
```

```
---------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments, L.P.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
---------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)(a) [ ]
                                                                         (b) [X]
---------------------------------------------------------------------------------
3    SEC USE ONLY

---------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)

     WC
---------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e)
     [ ]
---------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION

     Delaware
---------------------------------------------------------------------------------
                   7    SOLE VOTING POWER
                        0

                   ------------------------------------------------------------
     NUMBER OF     8    SHARED VOTING POWER
      SHARES            2,662,963
   BENEFICIALLY
    OWNED BY       ------------------------------------------------------------
      EACH         9    SOLE DISPOSITIVE POWER
    REPORTING           0
     PERSON
      WITH         ------------------------------------------------------------
                   10   SHARED DISPOSITIVE POWER
                        2,662,963

---------------------------------------------------------------------------------
11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON

     2,662,963
---------------------------------------------------------------------------------
```

```
12   CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
     Instructions)                                                          [ ]
-------------------------------------------------------------------------------
13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

     7.84%
-------------------------------------------------------------------------------
14   TYPE OF REPORTING PERSON (See Instructions)

     PN
-------------------------------------------------------------------------------
```

<PAGE>

```
----------------------------                                 --------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D                Page 3 of 8
----------------------------                                 --------------------

-------------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investments Ltd.
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
-------------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)(a) [ ]
                                                                         (b) [X]

-------------------------------------------------------------------------------
3    SEC USE ONLY

-------------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)

     WC
-------------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e)
     [ ]
-------------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Cayman Islands

-------------------------------------------------------------------------------
                   7    SOLE VOTING POWER

                        0
   NUMBER OF      -------------------------------------------------------------
    SHARES         8    SHARED VOTING POWER
 BENEFICIALLY
  OWNED BY              1,436,487
    EACH         -------------------------------------------------------------
  REPORTING       9    SOLE DISPOSITIVE POWER
    PERSON
    WITH               0
                 -------------------------------------------------------------
                  10    SHARED DISPOSITIVE POWER

                        1,436,487
```

```
------------------------------------------------------------------------
11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON

     1,436,487
------------------------------------------------------------------------
12   CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
     Instructions)                                                      [ ]
------------------------------------------------------------------------
13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

     4.23%
------------------------------------------------------------------------
14   TYPE OF REPORTING PERSON (See Instructions)

     CO
------------------------------------------------------------------------
```

<PAGE>

```
----------------------------                           ----------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D          Page 4 of 8
----------------------------                           ----------------------
------------------------------------------------------------------------
1    NAME OF REPORTING PERSON
     Liberation Investment Group LLC
     I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
------------------------------------------------------------------------
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions)(a) [ ]
                                                                         (b) [X]
------------------------------------------------------------------------
3    SEC USE ONLY


------------------------------------------------------------------------
4    SOURCE OF FUNDS (See Instructions)
     N/A
------------------------------------------------------------------------
5    CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
     or 2(e)
     [ ]
------------------------------------------------------------------------
6    CITIZENSHIP OR PLACE OF ORGANIZATION
     Delaware

------------------------------------------------------------------------
                   7    SOLE VOTING POWER

                        0
    NUMBER OF      ----------------------------------------------------
     SHARES        8    SHARED VOTING POWER
   BENEFICIALLY
    OWNED BY            4,099,450
      EACH        ----------------------------------------------------
   REPORTING      9    SOLE DISPOSITIVE POWER
     PERSON
```

```
     WITH              0
                 -----------------------------------------------------------------
                 10    SHARED DISPOSITIVE POWER

                       4,099,450
-------------------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON

      4,099,450
-------------------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions)                                                          [ ]
-------------------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

      12.06%
-------------------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)

      OO, IA
-------------------------------------------------------------------------------------
```

<PAGE>

```
-----------------------------                      ---------------------
CUSIP No. 058 73K 10 8            SCHEDULE 13D          Page 5 of 8
-----------------------------                      ---------------------
```

```
-------------------------------------------------------------------------------------
1     NAME OF REPORTING PERSON

      Emanuel R. Pearlman
-------------------------------------------------------------------------------------
2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (See Instructions) (a) [ ]
                                                                          (b) [X]
-------------------------------------------------------------------------------------
3     SEC USE ONLY


-------------------------------------------------------------------------------------
4     SOURCE OF FUNDS (See Instructions)
      N/A
-------------------------------------------------------------------------------------
5     CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d)
      or 2(e)
      [ ]
-------------------------------------------------------------------------------------
6     CITIZENSHIP OR PLACE OF ORGANIZATION
      United States
-------------------------------------------------------------------------------------
                 7     SOLE VOTING POWER
                       35,000

     NUMBER OF   -----------------------------------------------------------------
      SHARES     8     SHARED VOTING POWER
```

```
BENEFICIALLY         4,099,450
  OWNED BY
   EACH     ------------------------------------------------------------
 REPORTING   9    SOLE DISPOSITIVE POWER
   PERSON          35,000
    WITH
           ------------------------------------------------------------
            10    SHARED DISPOSITIVE POWER
                  4,099,450

-------------------------------------------------------------------------
11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON
      4,134,450

-------------------------------------------------------------------------
12    CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES (See
      Instructions)                                                      [ ]

-------------------------------------------------------------------------
13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
      12 16%

-------------------------------------------------------------------------
14    TYPE OF REPORTING PERSON (See Instructions)

      IN, HC
-------------------------------------------------------------------------

<PAGE>

---------------------------                              -------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D             Page 6 of 8
---------------------------                              -------------------
```

INTRODUCTION

    This Amendment No. 7 (this "Amendment") relates to the Schedule 13D filed
on behalf of (i) Liberation Investments, L.P., a Delaware limited partnership
("LILP"); (ii) Liberation Investments Ltd. ("LILtd"), a private offshore
investment corporation; (iii) Liberation Investment Group, LLC ("LIGLLC"), a
Delaware limited liability company and general partner of LILP and discretionary
investment adviser to LILtd; and (iv) Emanuel R. Pearlman, as General Manager,
Chief Investment Officer and majority member of LIGLLC (collectively, the
"Reporting Persons"), with the Securities and Exchange Commission on June 8,
2004, as amended by Amendment No. 1 filed on July 13, 2004, Amendment No. 2
filed on August 27, 2004, Amendment No. 3 filed on September 1, 2004, Amendment
No. 4 filed on September 10, 2004, Amendment No. 5 filed on December 13, 2004
and Amendment No. 6 filed on April 26, 2005 (the "Schedule 13D"), relating to
shares of common stock, $.01 par value per share ("Common Stock"), of Bally
Total Fitness Holding Corporation (the "Company").

    Items 3, 4 and 5 of the Schedule 13D are amended and supplemented as
follows:

Item 3. Source and Amount of Funds or Other Consideration.

    The net investment cost (excluding commissions, if any) of the shares of
Common Stock beneficially owned by the Reporting Persons is $15,457,876.33  The
source of funds for this consideration was working capital of LILP and LILtd.

Item 4. Purpose of Transaction

    The Reporting Persons intend to discuss with the Company's
representatives, other shareholders and third parties the potential implications
for the Company and its shareholders of the recently announced sale of 24 Hour
Fitness  The Reporting Persons also intend to encourage the Company and third
parties to take steps to enhance shareholder value in light of this development.

    The Reporting Persons intend to evaluate, on an ongoing basis, the
Company's financial condition, business, operations and prospects, the market
price for the shares of Common Stock, conditions in the securities markets and
general economic conditions as well as the Company's response to the Reporting
Persons' concerns. The Reporting Persons may engage in further discussions with
management, the Board of Directors, other shareholders and/or third parties
regarding potential extraordinary transactions involving the Company, such as a
merger, liquidation, reorganization, recapitalization, financings or sale of
Company's assets. The Reporting Persons may or may not participate in such a
transaction. The Reporting Persons may also discuss with management, the Board
of Directors, other shareholders and/or third parties means to improve the
Company's governance. The Reporting Persons also intend to monitor and review
the Company's redemption of its stockholder rights plan and the Company's
policies with respect thereto. If the Company is not responsive to the Reporting
Persons' concerns, the Reporting Persons intend to review all available
alternatives which could include seeking to change the present board of
directors or management of the Company.

    The Reporting Persons may pursue alternatives to maximize the value of
their investment in the Company. Such alternatives could include, without
limitation, (i) the purchase of additional Common Stock in the open market, in
privately negotiated transactions or otherwise, and (ii) the sale of all or a
portion of the Common Stock now owned or hereafter acquired by them. The
Reporting Persons may also transfer shares to or from a Reporting Person to
another Reporting Person.

    The Reporting Persons reserve the right to change their plans or
intentions and to take any and all actions that they may deem appropriate to
maximize the value of their investment in the Company in light of their general
investment policies, market conditions, subsequent developments affecting the
Company and the general business and future prospects of the Company.

    Except as set forth above, the Reporting Persons do not have any current
intention, plan or proposal with respect to: (a) the acquisition by any person
of additional securities of the Company, or the disposition of securities of the
Company; (b) an extraordinary corporate transaction, such as a merger,
reorganization or liquidation, involving the Company or any of its subsidiaries;
(c) a sale or transfer of a material amount of assets of the Company or any of
its subsidiaries; (d) any change in the present board of directors or management
of the Company, including any plans or proposals to change the number or term of
directors or to fill any existing vacancies on the board; (e) any material
change in the present capitalization or dividend policy of the Company; (f) any
other material change in the Company's business or corporate structure; (g)
changes in the Company's charter, bylaws or instruments corresponding thereto or
other actions which may impede the acquisition of control of the Company by any
person; (h) causing a class of securities of the Company to be delisted from a
national securities exchange, if any, or cease to be authorized to be quoted in
an inter-dealer quotation system of a registered national securities
association; (i) a class of equity securities of the Company becoming eligible
for termination of a registration pursuant to Section 12(g)(4) of the Act; or
(j) any action similar to any of those enumerated above

Item 5. Interest in Securities of the Issuer.

    (a) As of the date hereof, the Reporting Persons have the following interests in the Common Stock of the Company:

        (i) LILP beneficially owns 2,662,963 shares of Common Stock and is the beneficial owner of 7.84% of the Common Stock.

        (ii) LILtd beneficially owns 1,436,487 shares of Common Stock and is the beneficial owner of 4.23% of the Common Stock.

        (iii) LIGLLC, as the sole general partner of LILP and the sole investment advisor to LILtd, beneficially owns 4,099,450 shares of Common Stock and is the beneficial owner of 12.06% of the Common Stock.

        (iv) Mr. Pearlman beneficially owns 35,000 shares of Common Stock and, as the majority member and General Manager of LIGLLC, beneficially owns 4,099,450 shares of Common Stock, and is the beneficial owner of 12.16% of the Common Stock.

    The Reporting Persons in the aggregate may be deemed to own 12.16% of the Common Stock of the Company.

<PAGE>

```
----------------------------                    ----------------------
CUSIP No. 058 73K 10 8          SCHEDULE 13D            Page 7 of 8
----------------------------                    ----------------------
```

    (b) The table below sets forth for each Reporting Person the numbers of shares of Common Stock for which there is sole or shared power to vote or to direct the vote, or sole or shared power to dispose or to direct the disposition, of the Common Stock:

| | LILP | LILtd | LIGLLC | Mr. Pearlman |
|---|---|---|---|---|
| Sole Power to Vote/ Direct Vote | 0 | 0 | 0 | 35,000 |
| Shared Power to Vote/ Direct Vote | 2,662,963 | 1,436,487 | 4,099,450 | 4,099,450 |
| Sole Power to Dispose/ Direct Disposition | 0 | 0 | 0 | 35,000 |
| Shared Power to Dispose/ Direct Disposition | 2,662,963 | 1,436,487 | 4,099,450 | 4,099,450 |

    (c) The following is a list of all purchases or sales of the Company's Common Stock by the Reporting Persons within the past 60 days:

        (i) On May 4, 2005, (a) LIGLLC acquired 750,000 shares of Common Stock on the open mark for a price of $3.00 per share and allocated 487,500 of such shares to LILP and 262,500 of such shares to LILtd.

        (d) No person other than each respective owner of Common Stock referred to
in this Amendment is known to have the right to receive or the power to direct
the receipt of dividends from or the proceeds from the sale of such Common
Stock

        (e) Not applicable.

&lt;PAGE&gt;

```
----------------------------                              ----------------------
CUSIP No. 058 73K 10 8              SCHEDULE 13D           Page 8 of 8
----------------------------                              ----------------------
```

                                    SIGNATURE

        After reasonable inquiry and to the best of my knowledge and belief, I
certify that the information set forth in this statement is true, complete and
correct

Dated:   May 6, 2005


LIBERATION INVESTMENTS, L.P.
By:  Liberation Investment Group, LLC, general partner


By: /s/ Emanuel R. Pearlman
    ---------------------------------
    Emanuel R. Pearlman
    General Manager


LIBERATION INVESTMENTS LTD.


By: /s/ Emanuel R. Pearlman
    ---------------------------------
    Emanuel R. Pearlman
    Director


LIBERATION INVESTMENT GROUP, LLC

By: /s/ Emanuel R. Pearlman
    ---------------------------------
    Emanuel R. Pearlman
    General Manager


Emanuel R. Pearlman

```
 /s/ Emanuel R  Pearlman
-------------------------------------

</TEXT>
</DOCUMENT>
```