# EXHIBIT 34,
# PART 2

CONFIDENTIAL
BTF000089



IV. Shareholder Rights Plan

Confidential

CONFIDENTIAL
BTF000090

Bally Total Fitness
IV. Shareholder Rights Plan

## Shareholder Rights Plan

### Puts the Board in Control of Process

☐ Upon acquisition of a threshold percentage of Common Stock (10–20%), Rights "flip-in" to cause substantial economic dilution to stockholder

☐ Hostile takeover is prohibitively costly

☐ Board may redeem Rights Plan to permit value maximizing, negotiated transactions and can exempt certain "qualified" or "permitted offers"

### Rights Plans *Are* Intended To:

☐ Protect stockholders against unsolicited attempts to acquire control of the Company that (1) represent an inadequate price to stockholders or (2) are not in the best interests of the Company and its stockholders

☐ Encourage bidders to negotiate with the Board (put "gavel" in Board's hand)

☐ Provide opportunity to preserve existing, more advantageous strategies or to develop and implement superior alternatives

☐ Reduce adverse effects of increased concentration in stock ownership

### Rights Plans *Are Not* Intended To:

☐ Reduce or alter the Board's fiduciary duties to stockholders

☐ Deter fully-priced and fairly structured offers

☐ Prevent proxy contests for control of the Board

The Blackstone Group®

Confidential

18

CONFIDENTIAL
BTF000091

**Bally Total Fitness**
**IV. Shareholder Rights Plan**

# Constraints on Board Use of Shareholder Rights Plan

☐ Board always must act in good faith and in the best interests of Stockholders

☐ Delaware Courts carefully enforce Board's fiduciary duties to Stockholders

☐ Stockholders opposed to use of Rights Plan may initiate proxy contest to remove Board and redeem Rights (less likely when Board is staggered)

The Blackstone Group*

19

BTF000092
CONFIDENTIAL

Bally Total Fitness
IV. Shareholder Rights Plan

# Mechanics of Shareholder Rights Plan

**Dividend of Rights:**  Stockholders receive one Right to purchase 1/1,000 of a share of preferred stock for each share of Common Stock

☐ Exercise Price of Rights is well above current market price

☐ Rights attached to Common Stock; not currently exercisable

☐ "Flips" into right to purchase Common Stock upon Trigger Event

**Exercise Price:**  Estimated long-term (10 year) value of Common Stock

**Distribution:**  Detach from Common Stock when tender offer commenced or threshold percentage of Common Stock acquired

☐ Board can delay distribution in connection with tender offer

**Redemption:**  Before Trigger Event, Board may redeem Rights for nominal consideration

**Trigger Event:**  Occurs upon acquisition of threshold percentage of Common Stock by acquirer

The Blackstone Group

20

Confidential

CONFIDENTIAL
BTF000093

**Bally Total Fitness**
**IV. Shareholder Rights Plan**

# Mechanics of Shareholder Rights Plan (Cont'd)

**Flip-In: After Trigger Event, each stockholder (except acquirer) has right to purchase Common Stock at ½ market price, diluting the acquirer's economic and voting interest in the Company**

☐ *Example:* Exercise Price = $100; Market Price = $20
   *Effect:*    Exercise Price purchases 10 shares at $10 per share → a 50% discount to Market Price

☐ "Market Price" is calculated as average closing prices of Common Stock for 30 trading days immediately prior to public announcement of Trigger Event

**Flip-Over: After Trigger Event, if Company does not survive in a merger or other consolidation, each stockholder (except acquirer) has right to purchase Common Stock of surviving entity at ½ market price**

**Expiration: Commonly 10 years; Board may accelerate expiration by amendment**

**Exchange Provision: After Trigger Event, Board may exchange Common Stock for Rights**

☐ Avoids need for stockholders to pay cash to exercise Rights

☐ Exchange only available prior to time acquirer obtains 50% of Common Stock

**Comparison to Previous Company Rights Plan: Generally comparable except previous rights plan had 10% threshold**

The Blackstone Group®

Confidential

21

CONFIDENTIAL
BTF000094

Bally Total Fitness
IV. Shareholder Rights Plan

# Design Features – Choices for the Board

☐ Exercise Price

☐ Trigger Threshold

☐ Expiration Date

☐ Nature and Timing of Stockholder Approval

☐ Qualified or Permitted Offer Provisions

☐ Grandfathering of Existing Stockholder(s), if necessary

The Blackstone Group®

22

Confidential

BTF000095
CONFIDENTIAL

**Bally Total Fitness**
**IV. Shareholder Rights Plan**

# Establishing the Exercise Price

Blackstone utilized the following methodologies to determine the exercise price per right for a potential Company shareholder rights plan.

## Potential 10-year Share Price Appreciation

□ 10-year performance of market indices (S&P 500 and Dow Dow Jones Industrial Average ("DJIA")) and Company share price

□ Projected long-term EPS growth of market indices (S&P 500 and Dow Jones Industrial Average)

□ Capital Asset Pricing Model methodology

## Comparable Exercise Price / Share Price Ratio

□ All plans adopted by the S&P 500 since 1990

□ All plans adopted by the Dow Jones Industrial Average since 1990

The Blackstone Group®

Confidential

23

CONFIDENTIAL
BTF000096

**Bally Total Fitness**
**IV. Shareholder Rights Plan**

## Summary of Methodologies

REDACTED

24

CONFIDENTIAL
BTF000097

## Historical Share Price Appreciation and Long-Term EPS Growth Rates

Bally Total Fitness
IV. Shareholder Rights Plan

REDACTED

25

CONFIDENTIAL
BTF000098

## Historical Share Price Appreciation and Long-Term EPS Growth Rates (Cont'd)

REDACTED

Bally Total Fitness
IV. Shareholder Rights Plan

26

CONFIDENTIAL
BTF000099

Bally Total Fitness
IV. Shareholder Rights Plan

# Capital Asset Pricing Model ("CAPM") Analysis

REDACTED

CONFIDENTIAL
BTF0001100

## Precedent Ratios: Shareholder Rights Plans Adopted or Amended Since 1990

Bally Total Fitness
IV. Shareholder Rights Plan

REDACTED

28

CONFIDENTIAL
BTF000101

## Precedent Ratios:  Shareholder Rights Plans Adopted or Amended Since 1990 (Cont'd)

REDACTED

Bally Total Fitness
IV. Shareholder Rights Plan

29

BTF000102
CONFIDENTIAL

**Bally Total Fitness**
**IV  Shareholder Rights Plan**

# Mechanics of a Shareholder Rights Plan
## (10% Trigger Threshold)

Any purchaser that increases its ownership stake beyond the 10% trigger threshold would suffer significant dilution in both value and ownership

*($ in millions, except per share data)*

| | | | | | |
|---|---|---|---|---|---|
| **Assumptions** | | | | | |
| Trigger Threshold | 10% | 10% | 10% | 10% | 10% |
| Exercise Price of Right | $13.00 | $13.00 | $13.00 | $13.00 | $13.00 |
| FD Shares Outstanding | 34.1 | 34.1 | 34.1 | 34.1 | 34.1 |
| Shares Owned by Acquiror (10%) | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 |
| **Financial Impact on Acquiror** | | | | | |
| Pre-Trigger Market Capitalization | $170.7 | $265.6 | $340.7 | $425.9 | $511.1 |
| Cash from Exercise of Poison Pill | 398.6 | 398.6 | 398.6 | 398.6 | 398.6 |
| Pro Forma Market Capitalization | $569.0 | $664.2 | $739.4 | $824.5 | $909.7 |
| Flip-In Factor | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x |
| Pro Forma FD Shares Outstanding | 193.5 | 140.4 | 113.8 | 97.9 | 87.2 |
| Pro Forma Share Price | $2.94 | $4.66 | $6.50 | $8.43 | $10.43 |
| **Value of Acquiror's Company Stock** | | | | | |
| Pre-Trigger | $17.0 | $25.6 | $34.1 | $42.6 | $51.1 |
| Post-Trigger | 10.0 | 15.9 | 22.1 | 28.7 | 35.5 |
| Dilution of Value in $ | ($7.0) | ($9.7) | ($11.9) | ($13.9) | ($15.6) |
| Dilution of Value as % | (41.2%) | (37.9%) | (35.0%) | (32.6%) | (30.5%) |
| Post-Trigger Ownership (vs. 10% Pre-Trigger) | 1.8% | 2.4% | 3.0% | 3.5% | 3.9% |

The Blackstone Group*

Confidential

CONFIDENTIAL
BTF000103

**Daily Total Fitness**
**IV. Shareholder Rights Plan**

# Mechanics of a Shareholder Rights Plan
## (15% Trigger Threshold)

> Any purchaser that increases its ownership stake beyond the 15% trigger threshold would suffer significant dilution in both value and ownership.

*($ in millions, except per share data)*

| Pre-Trigger Company's Share Price | $5.00 | $7.50 | $10.00 | $12.50 | $15.00 |
|---|---|---|---|---|---|
| **Assumptions** | | | | | |
| Trigger Threshold | 15% | 15% | 15% | 15% | 15% |
| Exercise Price of Right | $13.00 | $13.00 | $13.00 | $13.00 | $13.00 |
| FD Shares Outstanding | 34.1 | 34.1 | 34.1 | 34.1 | 34.1 |
| Shares Owned by Acquiror (15%) | 5.1 | 5.1 | 5.1 | 5.1 | 5.1 |
| **Financial Impact on Acquiror** | | | | | |
| Pre-Trigger Market Capitalization | $170.4 | $255.5 | $340.7 | $425.9 | $511.1 |
| Cash from Exercise of Poison Pill | 376.5 | 376.5 | 376.5 | 376.5 | 376.5 |
| Pro Forma Market Capitalization | $546.9 | $632.0 | $717.2 | $802.4 | $887.6 |
| Flip-In Factor | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x |
| Pro Forma FD Shares Outstanding | 184.7 | 134.5 | 109.4 | 94.3 | 84.3 |
| Pro Forma Share Price | $2.96 | $4.70 | $6.56 | $8.51 | $10.53 |
| **Value of Acquiror's Company Stock** | | | | | |
| Pre-Trigger | $26.6 | $38.3 | $51.1 | $63.9 | $76.7 |
| Post-Trigger | 15.1 | 24.0 | 33.5 | 43.5 | 53.8 |
| Dilution of Value in $ | ($10.4) | ($14.3) | ($17.6) | ($20.4) | ($22.8) |
| Dilution of Value as % | (40.8%) | (37.3%) | (34.4%) | (31.9%) | (29.9%) |
| Post-Trigger Ownership (vs. 10% Pre-Trigger) | 2.8% | 3.8% | 4.7% | 5.4% | 6.1% |

31

The Blackstone Group

Confidential

BTF000104
CONFIDENTIAL

**Bally Total Fitness**
**IV – Shareholder Rights Plan**

## Expiration Date

### Considerations

☐ Execution of strategic plan

☐ Availability of financial information

☐ Existing "poison pill" policy

### Certain Alternatives

☐ 10 years (traditional)

☐ Shorter fixed duration

☐ Upon conclusion of next meeting of stockholders

The Blackstone Group®

32

Confidential

CONFIDENTIAL
BTF000105

**Bally Total Fitness**
**IV. Shareholder Rights Plan**

# Nature and Timing of Stockholder Approval

**If Board determines delay required to obtain prior stockholder approval is not in the best interests of stockholders, then rights plan must be submitted to stockholders at later of:**

☐ 2005 Annual Meeting

☐ 270 days from adoption

## Considerations for Setting Timing of Approval

☐ Nature and duration of threat

☐ Execution of strategic plan

☐ Expected expiration date for rights plan

33

The Blackstone Group*

CONFIDENTIAL
BTF000106

**Bally Total Fitness**
**IV. "Shareholder Rights Plan"**

# Qualified or Permitted Offer Provisions

**Rights plan can be structured to exempt "Qualified" or "Permitted" Offers**

**Precedent qualifications for "Qualified" Offer**

☐ All-cash

☐ No "inadequacy" opinion

☐ Price offered must be higher than 24-month high

☐ No financing or other significant conditions

☐ For all exchange and tender offers, bidder commits that any "back-end" merger will be at the tender price

**Precedent definition of "Permitted Offer"**

☐ Supermajority of Board or independent directors

☐ Satisfactory fairness opinion

☐ "Fair" to stockholders (taking into account alternative of orderly sale process)

Confidential

34

The Blackstone Group®

CONFIDENTIAL
BTF000107



V. Process Matters

Confidential

CONFIDENTIAL
BTF000108

**Bally Total Fitness**
**V. Process Matters**

# Why Now?

☐ Recent significant and rapid accumulations of shares

☐ Current unavailability of financial information to stockholders will make it difficult for stockholders to evaluate an offer

☐ Time is required for implementation and realization of strategic plan

☐ Issues associated with self-interests of a large stockholder

36

**Confidential**

The Blackstone Group*

CONFIDENTIAL
BTF000109

**Bally Total Fitness**
**V. Process Matters**

# Process for Adopting Shareholder Rights Plan

☐ Board authorizes the Rights Plan and sets the Record Date

☐ Board reserves the appropriate number of shares of Preferred Stock

☐ Company and Rights Agent execute the Rights Agreement

☐ Company files Form 8-A Registration Statement with SEC and NYSE

☐ Company files Listing Application with NYSE

☐ Company issues press release describing the Rights Plan and files Form 8-K

☐ Company mails summary of the Rights Plan to Stockholders

The Blackstone Group®

37

**Confidential**

CONFIDENTIAL
BTF000110

**Daily Total Fitness**
**V.  Process Matters**

## Stockholder Reaction

## Uncertain Impact on Company Stock Price

## Non-binding Shareholder Proposals

## Litigation

☐ By a potential buyer

☐ By existing shareholder

## Reaction of Existing Large Stockholders

The **Blackstone** Group®

38

Confidential