**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2005, **THE DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE PRELIMINARY INJUNCTION PROCEEDING AS MOOT** and this **CERTIFICATE OF SERVICE** were served upon the following counsel of record by E-Filing:

Raymond J. DiCamillo
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

*/s/ Steven T. Margolin (I.D. #3110)*

Steven T. Margolin (I.D. #3110)