# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 19, 2005

The Honorable Joseph J. Farnan, Jr.　　　VIA E-FILE AND HAND DELIVERY
United States District Court
844 King Street
Wilmington, Delaware 19801

　　　Re:　*Bally Total Fitness Holding Corp. v. Liberation Investments, L.P., et al.,*
　　　　　*C.A. No. 05-841-JJF*

Dear Judge Farnan:

　　　Following up on our call with chambers this morning, a copy of the Defendant's Reply in Support of Their Motion to Dismiss the Preliminary Injunction Proceedings As Moot is attached for Your Honor's reference.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　/s/ *Steven T. Margolin (ID #3110)*

　　　　　　　　　　　　　　　　　　　　　Steven T. Margolin

STM/amb
Attachment
cc:　　Clerk, United States District Court (by hand delivery and e-filing)
　　　Raymond J. DiCamillo, Esq. (by e-filing)
164783.1