| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): RICHARDS, LAYTON, & FINGER<br>GREGORY P. WILLIAMS,<br>ONE RODNEY SQUARE<br>WILMINGTON, DE 19899 | TELEPHONE NO.<br>(800) 952-2206 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): PLAINTIFFS | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF:
BALLY TOTAL FITNESS HOLDING CORPORATION

DEFENDANT:
LIBERATION INVESTMENTS, L.P., ET AL.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>05 841 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION  I SERVED THE:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF BALLY TOTAL FITNESS HOLDING CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(A); PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (NOTICE PROVIDED); OPENING BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER; DECLARATION OF PAUL A. TOBACK

ON: LIBERATION INVESTMENTS, LTD.

AT 11766 WILSHIRE BLVD., SUITE 870
   LOS ANGELES, CA 90025
   (BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
"JANE DOE"- WHITE FEMALE 5'6", 125 LBS., AGE 29, BROWN HAIR AND EYES - EMPLOYEE

ON: 12/06/2005
AT: 02:55 pm

**Manner of service** in compliance with Federal Code of Civil Procedure

Registered California process server.
County: LOS ANGELES
Registration No.: 3477
Expiration:
1511 WEST BEVERLY BOULEVARD
LOS ANGELES, CA 90026
2132501111

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 8, 2005 at LOS ANGELES, California

Signature: _Jonathan Solis_
JONATHAN SOLIS

**PROOF OF SERVICE**

Order#: 3458368/GProof39

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/06/05 @ 2:55 pm |
| NAME OF SERVER (PRINT) Jonathan Solis | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. "Jane Doe" – White Female 5'6", 125 lbs.,

Name of person with whom the summons and complaint were Age 29, Brown hair and eyes – Employee

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 12/08/05      *Jonathan Solis*
         Date                   Signature of Server

1511 W. Beverly Blvd
Los Angeles, CA 90026
Address of Server
(213) 250-1111

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

2002 © American LegalNet, Inc.

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

BALLY TOTAL FITNESS HOLDING CORPORATION,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC, and EMANUEL R. PEARLMAN,
Defendants

CASE NUMBER:    0 5    8 4 1

TO: (Name and address of Defendant)
LIBERATION INVESTMENTS, LTD.
11766 Wilshire Blvd., Suite 870
Los Angeles, California 90025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory P. Williams
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th & King Streets
Wilmington, Delaware 19899

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

12/5/05

CLERK

Monica Mosley

(By) DEPUTY CLERK

DATE

2002 © American LegalNet, Inc

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005 a copy of the foregoing was served by CM/ECF upon the following attorney of record:

> Stephen E. Jenkins, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, Delaware 19899

/s/ Elizabeth C. Tucker
Elizabeth C. Tucker (#4468)
tucker@rlf.com

RLF1-2957948-1