IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BALLY TOTAL FITNESS HOLDING :
CORP., :
                                    :
        Plaintiff,                  :
                                    :
   v.                               : Civil Action No. 05-841-JJF
                                    :
LIBERATION INVESTMENTS, L.P.,       :
LIBERATION INVESTMENTS, LTD.,       :
LIBERATION INVESTMENT GROUP LLC     :
and EMANUEL R. PEARLMAN,            :
                                    :
        Defendants.                 :

O R D E R

At Wilmington, this 22 day of December 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1.  Defendants' Motion To Dismiss The Preliminary Injunction Proceeding As Moot (D.I. 28) is **GRANTED**;

2.  Plaintiff's Motion For Expedited Discovery (D.I. 14) is **DENIED** as moot.

*[signature]*
UNITED STATES DISTRICT JUDGE