# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

DISTRICT COURT
DOCKET NUMBER: Civil Action No. 05-841-JJF

Bally Total Fitness Holding Corp.

v.

Liberation Investments, L.P.
Liberation Investments, Ltd.
Liberation Investment Group L.L.C.
Emanuel R. Pearlman

DISTRICT COURT
JUDGE: Joseph J. Farnan

Notice is hereby given that __Bally Total Fitness Holding Corp.__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[X] Other (specify) __Order granting motion to dismiss preliminary injunction proceedings as moot__

entered in this action on __December 22, 2005__
(date)

Dated: __January 9, 2006__

_____
(Counsel for Appellant-Signature)

Richard P. Bress
(Name of Counsel - Typed)
Latham & Watkins LLP
555 Eleventh Street, NW
(Address)
Washington, DC 20004
(City, State Zip)
(202) 637-2200
(Telephone Number)

Stephen E. Jenkins
(Counsel for Appellee)
Ashby & Geddes, 222 Delaware Ave.,
17th Fl., P.O. Box 1150
(Address)
Wilmington, DE 19899
(City, State Zip)
(302) 654-1888
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2006, a copy of the foregoing Notice of Appeal was served by CM/ECF upon the following attorney of record:

>Stephen E. Jenkins, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, Delaware 19899

*/s/ Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
tucker@rlf.com