UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALLY TOTAL FITNESS HOLDING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-841-JJF |
| v. | ) ) | |
| LIBERATION INVESTMENTS, L.P., LIBERATION INVESTMENTS, LTD., LIBERATION INVESTMENT GROUP LLC and EMANUEL R. PEARLMAN, | ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Bally Total Fitness Holding Corporation hereby voluntarily dismisses this action without prejudice.

Date: January 31, 2006

Respectfully submitted,

*Elizabeth C. Tucker*
One of the Attorneys for Plaintiff
*Bally Total Fitness Holding Corporation*

Gregory P. Williams (#2168)
*Williams@rlf.com*
Raymond J. DiCamillo (#3188)
*DiCamillo@rlf.com*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

-and-

>Laurie B. Smilan
>LATHAM & WATKINS LLP
>11955 Freedom Drive, Suite 500
>Reston, Virginia 20190
>Tel: (703) 456-1000
>Fax: (703) 456-1001

RLF1-2976132-1

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that I caused copies of the foregoing PLAINTIFF'S NOTICE OF DISMISSAL to be served by CM/ECF upon:

> STEPHEN E. JENKINS, ESQ.
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19899

on this 31st day of January, 2006.

*[signature]*
Elizabeth C. Tucker (#4468)
*Tucker@rlf.com*

RLF1-2976132-1